| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number (if known) _____

Chapter you are filing under:
☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Sundevil Power Holdings, LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  27-2822308

**4. Debtor's address**

Principal place of business:
701 East Lake Street Suite 300
Wayzata, MN 55391
Number, Street, City, State & ZIP Code

Hennepin
County

Mailing address, if different from principal place of business

P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
Gila River Power Station
1250 E. Watermelon Rd., Gila Bend, AZ 85337
Number, Street, City, State & ZIP Code

**5. Debtor's website (URL)** _____

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership
☐ Other. Specify: _____

Debtor **Sundevil Power Holdings, LLC**
_____ Name _____   Case number (*if known*) _____

### 7. Describe debtor's business

**A. Check one:**

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

**B. Check all that apply**

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
**221112**

### 8. Under which chapter of the Bankruptcy Code is the Debtor filing?

Check one:

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☑ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **SPH Holdco LLC** | | Relationship to you | **Affiliate** |
|---|---|---|---|---|
| District | **Delaware** | When **2/11/16** | Case number, if known | |

Debtor **Sundevil Power Holdings, LLC**         Case number (*if known*)
       Name

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other   Gila River Power Station is designated a "medium critical facility" by NERC Standards for 2016.

Where is the property?   Gila River Power Station, 1250 E. Watermelon Rd., Gila Bend, AZ 85337
                         Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☑ Yes.   Insurance agency   **Aon Risk Services Central, Inc.**
         Contact name       Sandy Johannes
         Phone              (952) 807-0658

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☑ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Sundevil Power Holdings, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signature**

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/11/2016
            MM / DD / YYYY

X  *[signature]*
Signature of authorized representative of debtor

**Blake M. Carlson**
Printed name

Title   **Authorized Signatory**

**18. Signature of attorney**

X  *[signature]*  Steve K. Kortanek
Signature of attorney for debtor

Date  02/11/2016
     MM / DD / YYYY

**Steven K. Kortanek**
Printed name

**Drinker Biddle & Reath LLP**
Firm name

**222 Delaware Avenue**
**Suite 1401**
**Wilmington, DE 19801-1621**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 467-4200**    Email address  **Steven.Kortanek@dbr.com**

**Del. Bar No. 3106**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF
# THE SOLE MANAGER OF SPH HOLDCO LLC AND SUNDEVIL POWER HOLDINGS, LLC

### February 5, 2016

**WHEREAS,** Wayzata Investment Partners LLC is the sole manager (the "Manager") of SPH Holdco LLC, a Delaware limited liability company ("Holdings") and Sundevil Power Holdings, LLC, a Delaware limited liability company ("Sundevil" and together with Holdings, the "Companies");

**WHEREAS,** Manager is authorized to act on behalf of the Companies pursuant to Sections 18-404 and 18-302 of the Delaware Limited Liability Company Act;

**WHEREAS,** Manager hereby adopts, by this written consent, the following resolutions with the same force and effect as if they had been adopted at a duly convened meeting of the Manager of Holdings and Sundevil, respectively;

*Chapter 11 Filing*

**WHEREAS,** the Manager has studied the financial state of the Companies, considered the strategic alternatives available to them, and the related circumstances and situation; and

**WHEREAS,** the Manager has had the opportunity to consult with the financial and legal advisors of the Companies and fully consider each of the strategic alternatives available to the Companies.

**NOW, THEREFORE, BE IT RESOLVED,** that the Manager has determined that it is desirable and in the best interests of the Companies to file with a federal bankruptcy court voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as set forth below; be it

**FURTHER RESOLVED,** that the Companies be, and hereby are, authorized to file or cause to filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code; be it

**FURTHER RESOLVED,** that Blake Carlson, Raphael Wallander, Justin Kanive, and Kelly Aubrey (collectively, the "Authorized Officers") acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the Bankruptcy Court on behalf of each of the Companies voluntary petitions pursuant to chapter 11 of the Bankruptcy Code (the "Petitions"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code, if in the discretion of all of the Authorized Officers such filing is appropriate based upon the financial condition and liquidity of the Companies; be it

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding paragraph, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the Bankruptcy Court, on behalf of the Companies, all papers, motions, schedules, and pleadings necessary or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits, necessary or appropriate in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer so acting may approve; be it

*Retention of Professionals*

**FURTHER RESOLVED**, that the engagement of the law firms of Vinson & Elkins L.L.P., as special bankruptcy counsel, and Drinker Biddle & Reath LLP, as general bankruptcy counsel, in the representation of the Companies as debtors and debtors in possession, prior to and in any cases commenced by the Companies under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Vinson & Elkins L.L.P. and Drinker Biddle & Reath LLP; be it

**FURTHER RESOLVED**, that the engagement of Jefferies LLC, as investment banker, to represent and assist the Companies as debtors and debtors in possession, prior to and in any cases commenced by the Companies under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Jefferies LLC; be it

**FURTHER RESOLVED**, that the engagement of Garden City Group, LLC, as notice, claims, and balloting agent and as administrative advisor, to represent and assist the Companies as debtors and debtors in possession, prior to and in any cases commenced by the Companies under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Garden City Group, LLC; be it

**FURTHER RESOLVED**, that, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute, deliver, and file or cause to be filed all papers, motions, schedules, and pleadings necessary to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirables in connection with each of the Companies' respective chapter 11 cases, with a view to successful prosecution of such case; be it

*Debtor-in-Possession Financing*

**FURTHER RESOLVED**, that the form, terms and provisions of that certain Debtor-in-Possession Credit Agreement (as may be amended, supplemented or otherwise modified from time to time, the "DIP Credit Agreement" and together with any security agreement, pledge agreement, or other collateral documents and each other document, instrument, certificate, guaranty, notice, or agreement executed by the Companies in connection therewith, the "DIP Loan Documents"), among Sundevil and CLMG Corp., as administrative and collateral agent (the "DIP Agent") and each of the lenders from time to time party to the DIP Agreement (together, with the DIP Agent, the "DIP Lenders"), which DIP Loan Documents provide postpetition financing to the Companies in an aggregate principal amount not to exceed $45,000,000; be it

**FURTHER RESOLVED**, that the Companies will obtain benefits from the incurrence of the obligations and the occurrence and consummation of the transactions contemplated by the DIP Credit Agreement substantially in the form provided to the Manager, which are necessary and appropriate to the conduct, promotion, and attainment of the business of the Companies; be it

**FURTHER RESOLVED**, that the form, terms, and provisions of the DIP Credit Agreement, and the grant of security interests, the borrowings, and the transactions contemplated thereby be, and hereby are authorized, adopted, and approved, and any Authorized Officer is hereby authorized and empowered, in the name of and on behalf of the Companies, to take such actions and negotiate or cause to be prepared and negotiated and to execute, deliver, perform, and cause the performance of, each of the transactions contemplated by the DIP Credit Agreement substantially in the form provided to the Manager and to incur and pay or cause to be paid all related fees and expenses; be it

**FURTHER RESOLVED**, that the Companies, as debtors and debtors in possession under the Bankruptcy Code be, and hereby are, authorized to incur any and all obligations and to undertake any and all related transactions on substantially the same terms as contemplated under the DIP Loan Documents, including granting liens on its assets to secure such obligations;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Companies, as debtors and debtors in possession, to take such actions as in their discretion are determined to be necessary, desirable, or appropriate to execute, deliver, and file: (a) all petitions, schedules, lists, attestations, affidavits, declarations, and other motions, papers, or documents, which shall in their sole judgment be necessary, proper, or advisable, which determination shall be conclusively evidenced by his or their execution thereof; (b) such other instruments, certificates, notices, assignments, and documents as may be reasonably requested by the DIP Agent or the DIP Lenders; and (c) such forms of deposit, account control agreements, officer's certificates, and compliance certificates as may be authorized or required by the DIP Loan Documents;

**FURTHER RESOLVED**, that the Authorized Officers be, and they hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Companies to file or to authorize the DIP Agent or the DIP Lenders to file any Uniform Commercial Code ("UCC")

financing statements, any other equivalent filings, any intellectual property filings and recordation, and any necessary assignments for security or other documents in the name of the Companies that the DIP Agent or the DIP Lenders deem necessary or convenient to perfect any lien or security interest granted under the DIP Loan Documents, including any such UCC financing statement containing a generic description of collateral, such as "all assets," "all property now or hereafter acquired," and other similar descriptions of like import, and to execute and deliver, and to record or authorize the recording of, such mortgages and deeds of trust in respect of real property of the Companies and such other filings in respect of intellectual and other property of the Companies, in each case as the DIP Agent or the DIP Lenders may reasonably request to perfect the security interests of the DIP Agent or the DIP Lenders under the DIP Loan Documents;

**FURTHER RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized, directed, and empowered in the name of, and on behalf of, the Companies, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of any of the DIP Loan Documents or to do such other things, in connection with the execution and performance of the DIP Loan Documents, which shall be necessary, desirable, proper, or advisable to give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or their execution thereof;

*General*

**FURTHER RESOLVED**, that each Authorized Officer be, and hereby is, authorized, on behalf of the Companies, to certify and attest to any documents that he or she may deem necessary or appropriate to consummate any transactions necessary to effectuate the foregoing resolutions; provided, such attestation shall not be required for the validity of any such documents; and be it

**FURTHER RESOLVED**, that all actions heretofore taken by each Authorized Officer, in the name of and on behalf of the Companies, in connection with any of the above matters are hereby in all respects ratified, confirmed, and approved.

[The remainder of this page is intentionally blank.]

IN WITNESS WHEREOF, the undersigned has executed this Unanimous Written Consent of the Manager of SPH Holdco LLC and Sundevil Power Holdings, LLC effective as of the date first written above.

**WAYZATA INVESTMENT PARTNERS LLC**

By: _____
Name: Patrick Halloran
Title: Manager

Fill in this information to identify the case:

Debtor name   Sundevil Power Holdings, LLC

United States Bankruptcy Court for the: _____   District of  Delaware
                                                                    (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PARADIGM TAX GROUP<br>3030 N CENTRAL AVE<br>STE 1001<br>PHOENIX, AZ 85012 | ATTN DALE ARMSTRONG<br>darmstrong@Paradigmtax.com<br>t:480-302-5032<br>f:602-914-7028 | Trade Payable | Contingent Unliquidated | | | Undetermined |
| 2 | MARICOPA COUNTY TREASURERS OFFICE<br>301 W JEFFERSON STE 100<br>PHOENIX, AZ 85003 | ATTN CHARLES HOSKINS, TREASURER<br>t:602-506-8511<br>f:602-506-1102 | Taxes | | | | $2,461,006.93 |
| 3 | GILA BEND OPERATIONS CO., LLC<br>C/O ENTEGRA POWER GROUP LLC<br>100 S ASHLEY DR STE 1400<br>TAMPA, FL 33602 | ATTN MARY ANNE BROWNE<br>mbrowne@entegrapower.com<br>t:813-301-4983<br>f:813-301-4994 | Trade Payable | | | | $1,032,887.21 |
| 4 | TRANSWESTERN PIPELINE COMPANY<br>1300 MAIN<br>HOUSTON, TX 77002 | ATTN TONY L PERRY<br>tony.perry@energytransfer.com<br>t:713-989-2438<br>f:713-989-1203 | Trade Payable | | | | $415,400 |
| 5 | EDF TRADING NORTH AMERICA, LLC<br>4700 W SAM HOUSTON PARKWAY N<br>HOUSTON, TX 77041 | ATTN MICHAEL LEE<br>Michael.Lee@edftrading.com<br>t:281-653-1729<br>f:281-653-1439 | Trade Payable | | | | $266,000 |
| 6 | EL PASO NATURAL GAS COMPANY LLC<br>PO BOX 1087<br>COLORADO SPRINGS, CO 80994 | ATTN PRESIDENT, MANAGING or GENERAL AGENT<br>passportenergyservices@kindermorgan.com<br>t:866-523-4243<br>f:719-520-3729 | Trade Payable | | | | $160,600 |
| 7 | GILA RIVER POWER<br>ENTEGRA POWER GROUP LLC<br>100 S ASHLEY DR STE 1400<br>TAMPA, FL 33602 | ATTN VERONIC MUDIE<br>vmudie@entegrapower.com<br>t:813-301-4980<br>f:813-301-4991 | Trade Payable | | | | $25,000 |
| 8 | PRAXAIR DISTRIBUTION INC<br>3918 W LINCOLN ST<br>PHOENIX, AZ 85009 | ATTN PRESIDENT, MANAGING or GENERAL AGENT<br>t:602-269-2263<br>f:602-269-0538 | Trade Payable | | | | $10,000 |

Official Form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          page 1

Debtor    **Sundevil Power Holdings, LLC**    Case number (if known) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | STATE OF ARIZONA DEPARTMENT OF REVENUE<br>1600 W MONROE<br>PHOENIX, AZ 85007 2650 | ATTN PRESIDENT, MANAGING or GENERAL AGENT<br>t:800-652-4090<br>f:602-716-7990 | Taxes | | | | $7,500 |
| 10 | ARIZONA PUBLIC SERVICE ELECTRIC COMPANY<br>400 NORTH 5TH STREET<br>STATION 9905<br>PHOENIX, AZ 85004 3902 | ATTN STEVEN PETERS<br>steven.peters@aps.com<br>t:602-250-4685<br>f:602-250-1155 | Trade Payable | | | | $7,000 |
| 11 | BANK OF AMERICA<br>300 CONVENT ST 6TH FL<br>SAN ANTONIO, TX 78205 | ATTN SARAH DORGAN<br>Sarah.Dorgan@baml.com<br>t:210-270-2057<br>f:210-270-5037 | Trade Payable | | | | $3,200 |
| 12 | STINSON LEONARD STREET LLP<br>150 S FIFTH ST<br>STE 2300<br>MINNEAPOLIS, MN 55402 | ATTN VOLHA (OLGA) A  ANDREYEVA<br>volha.andreyeva@stinson.com<br>t:612-335-1837<br>f:612-335-1657 | Trade Payable | | | | $1,000 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sundevil Power Holdings, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/11/2016        X  /s/ BLC
                                  Signature of individual signing on behalf of debtor

                                  **Blake M. Carlson**
                                  Printed name

                                  **Authorized Signatory**
                                  Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## District of Delaware

In re **Sundevil Power Holdings, LLC**                                        Case No. _____
                                    Debtor(s)                                 Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders, which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| SPH Holdco LLC<br>701 East Lake Street, Suite 300<br>Wayzata, MN 55391 | | | Equity Interests (100%) |

Sheet 1 of 1 in List of Equity Security Holders

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Sundevil Power Holdings, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (If known) | |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-Individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration    **Equity Security Holders List**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/11/2016         X  /s/ Blake M. Carlson
                                   Signature of individual signing on behalf of debtor

**Blake M. Carlson**
Printed name

**Authorized Signatory**
Position or relationship to debtor

**United States Bankruptcy Court**
**District of Delaware**

In re  **Sundevil Power Holdings, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULES 1007(a)(1) and 7007.1)

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests:

SPH Holdco LLC                                          100% Ownership Interest
701 East Lake Street, Suite 300
Wayzata, MN  55391

☐ None [*Check if applicable*]

Fill in this information to identify the case:

Debtor name: **Sundevil Power Holdings, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☑ Other document that requires a declaration   **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **2/11/2016**        X _____
                                    Signature of individual signing on behalf of debtor

**Blake M. Carlson**
Printed name

**Authorized Signatory**
Position or relationship to debtor