IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 16-10369 (KJC) |
| | ) | |
| Sundevil Power Holdings, LLC, *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors.¹ | ) | (Jointly Administered) |
| | ) | |
| | | Docket Nos. 5,6,8,11,12,13,14,16, 17,18,36,37,38,39,40,41, 42 and 45 |

### OMNIBUS NOTICE OF PLEADINGS AND HEARING THEREON

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") on February 11, 2016, with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2016, the Debtors filed the following pleadings with this Court (collectively, the "First Day Pleadings"), which First Day Pleadings sought both interim and final relief:

- Debtors' Motion for Entry of an Order Directing Joint Administration of the Debtors' Chapter 11 Cases (Docket No. 5);

- Debtors' Application for Entry of an Order Authorizing and Approving the Appointment of Garden City Group, LLC as Claims and Noticing Agent Under 28 U.S.C. § 156, 11 U.S.C. § 105(a), and LBR 2002-1(f) (Docket No. 6);

- Debtors' Motion for Entry of an Order Extending the Time to File Schedules of Assets and Liabilities, Current Income and Expenditures,

---

1  The Debtors in these chapter 11 cases, and the last four digits of their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777). The Debtors' service address is: 701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

    Executory Contracts and Unexpired Leases, and Statements of Financial Affairs (Docket No. 8);

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Taxes (Docket No. 11);

- Debtors' Motion for Entry of Interim and Final Orders Authorizing Continued Use of the Debtors' Cash Management System (Docket No. 12);

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Amounts to Co-Owners and Other Counterparties under Material Operating and Project Agreements (Docket No. 13);

- Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Performance under Energy Trading Contracts and (II) Pay Prepetition Amounts Related Thereto (Docket No. 14);

- Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 361, 362, 363 and 364 Of The Bankruptcy Code And Rule 4001 Of The Federal Rules Of Bankruptcy Procedure (A) Authorizing The Debtors To (I) Use Cash Collateral Of The Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing And (III) Provide Adequate Protection To The Prepetition Secured Parties And (B) Scheduling Final Hearing (Docket No. 16)

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2016, the Debtors also filed the following pleadings (collectively, the "<u>Second Day Pleadings</u>," and together with the First Day Pleadings, the "<u>Pleadings</u>"):

- Motion for Entry of an Order Authorizing the Debtors to Continue Insurance Policies and Pay Related Obligations (Docket No. 15);

- Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief (Docket No. 17);

- Motion for Entry of an Order (I) Establishing Bar Dates and Procedures and (II) Approving the Form and Manner of Notice Thereof (Docket No. 18);

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Pleadings was held on February 12, 2016, at which time the Court approved certain of the First Day Pleadings on an interim basis [Docket Nos. 36, 37, 38, 39, 40, 41, 42, and 45].

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Second Day Pleadings and final approval of the First Day Pleadings is scheduled for **March 3, 2016 at 10:00 a.m.** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District of Delaware (the "Final Hearing").

**PLEASE TAKE FURTHER NOTICE** any responses or objections to the Pleadings must be in writing, filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed counsel for the Debtors on or before **February 26, 2016 at 4:00 p.m**., except that any objections by any official committee of unsecured creditors may be filed on or before the commencement of the Final Hearing.

IF NO OBJECTIONS TO ANY OF THE PLEADINGS ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: February 12, 2016<br>Wilmington, Delaware | **DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Joseph N. Argentina, Jr.*<br>Steven K. Kortanek (DE 3106)<br>Howard A. Cohen (DE 4082)<br>Joseph N. Argentina, Jr. (DE 5453)<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>Tel: (302) 467-4200<br>Fax: (302) 467-4201<br>Steven.Kortanek@dbr.com<br>Howard.Cohen@dbr.com<br>Joseph.Argentina@dbr.com<br><br>-and- |

- 4 -

**VINSON & ELKINS LLP**

David S. Meyer (NY 4576344)
Jessica C. Peet (NY 5265913)
Lauren R. Kanzer (NY 5216635)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  (212) 237-0000
Fax: (212) 237-0100
dmeyer@velaw.com
jpeet@velaw.com
lkanzer@velaw.com

Paul E. Heath (TX 09355050)
Reese A. O'Connor (TX 24092910)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel:  (214) 220-7700
Fax: (214) 220-7716
pheath@velaw.com
roconnor@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**