# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Case No. 16-10369 (KJC) |
| Sundevil Power Holdings, LLC, *et al*. | ) ) | Chapter 11 |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MARCH 3, 2016 AT 10:00 A.M. (E.T.)

**A.     UNCONSTED MATTERS WITH CERTIFICATE OF NO OBJECTION (C.N.O.)**

1. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Certain Taxes (Docket No. 11; 2/11/2016)

    Response Deadline:  February 26, 2016 at 4:00 p.m. (ET).

    Responses Received:  None

    Related Documents:

    A.  (INTERIM) Order entered on 2/12/2016

    B.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

    C.  Certificate of No. Objection (Docket  ; 3/1/2016)

    D.  Proposed Order

    Status:  A Certificate of No Objection has been filed.  Accordingly, a hearing is not required with respect to this matter.

2. Debtors' Motion for Entry of Interim and Final Orders Authorizing Continued Use of the Debtors' Cash Management System (Docket No. 12; 2/11/2016)

    Response Deadline:  February 26, 2016 at 4:00 p.m. (ET).

---

[1] The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777). The Debtors' service address is: 701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

84710201.1

Related Documents:

    A. (INTERIM) Order entered on 2/12/2016

    B. Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

    C. Certificate of No. Objection (Docket  ; 3/1/2016)

    D. Proposed Order

Status: A Certificate of No Objection has been filed. Accordingly, a hearing is not required with respect to this matter.

3. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Amounts to Co-Owners and Other Counterparties under Material Operating and Project Agreements (Docket No. 13; 2/11/2016)

Response Deadline: February 26, 2016 at 4:00 p.m. (ET).

Responses Received: None

Related Documents:

    A. (INTERIM) Order entered on 2/12/2016

    B. Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

    C. Supplement and Amendment to Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Amounts to Co-Owners and Other Counterparties under Material Operating and Project Agreements (Docket 50; 2/19/2016)

    D. Certificate of No. Objection (Docket  ; 3/1/2016)

    E. Proposed Order

Status: A Certificate of No Objection has been filed. Accordingly, a hearing is not required with respect to this matter.

4. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Performance under Energy Trading Contracts and (II) Pay Prepetition Amounts Related Thereto (Docket No. 14; 2/11/2016)

Response Deadline:  February 26, 2016 at 4:00 p.m. (ET).

Responses Received:  None

Related Documents:

    A.  (INTERIM) Order entered on 2/12/2016

    B.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

    C.  Certificate of No. Objection (Docket  ; 3/1/2016)

    D.  Proposed Order

Status:  A Certificate of No Objection has been filed.  Accordingly, a hearing is not required with respect to this matter.

**B.**     **MATTERS GOING FORWARD**

5. Debtors' Motion For Entry Of Interim And Final Orders Pursuant To Sections 361, 362, 363 and 364 Of The Bankruptcy Code And Rule 4001 Of The Federal Rules Of Bankruptcy Procedure (A) Authorizing The Debtors To (I) Use Cash Collateral Of The Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing And (III) Provide Adequate Protection To The Prepetition Secured Parties And (B) Scheduling Final Hearing (Docket No. 16; 2/11/2016)

Response Deadline:  February 26, 2016 at 4:00 p.m. (ET).

Responses Received:   Informal response from the Office of the U.S. Trustee.

Related Documents:

    A.  Declaration in Support of Debtors Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing and (III) Provide Adequate Protection to the Prepetition Secured Parties, and (B) Scheduling Final Hearing (Docket 21; 2/11/2016)

    B.  Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure (A) Authorizing the Debtors to (I) Use Cash Collateral of the Prepetition Secured Parties, (II) Obtain Secured Superpriority Postpetition Financing and (III) Provide Adequate

  Protection to the Prepetition Secured Parties, and (B) Scheduling Final Hearing (Docket 43; 2/12/2016)

  C.  (INTERIM) Order entered (Docket 45; 2/12/2016)

  D.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

 <u>Status</u>:  This matter is going forward.  The Debtors intend to present a revised form of order at the hearing incorporating comments received from the Office of the U.S. Trustee.

6.  Motion for Entry of an Order Authorizing the Debtors to Continue Insurance Policies and Pay Related Obligations (Docket No. 15; 2/11/2016)

 <u>Response Deadline</u>:  February 26, 2016 at 4:00 p.m. (ET).

 <u>Responses Received</u>:  Informal response from the Office of the U.S. Trustee.

 <u>Related Documents</u>:

  A.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

 <u>Status</u>:  This matter is going forward.  The Debtors intend to present a revised form of order at the hearing incorporating comments received from the Office of the U.S. Trustee.

7.  Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures; (II) Approving the Sale of Assets; and (III) Granting Related Relief (Docket No. 17; 2/11/2016)

 <u>Response Deadline</u>:  February 26, 2016 at 4:00 p.m. (ET); extended for NV Energy to March 1, 2016 at 10:00 a.m. (ET)

 <u>Responses Received</u>:

  A.  Objection to Debtor's Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures (II) Approving the Sale of Assets and (III) Granting Related Relief  (Docket 53; 2/23/2016)

  B.  Response to Debtors' Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures (II) Approving the Sale of Assets and (III) Granting Related Relief (Docket 61; 2/26/216)

  C.  Objection of the Acting United States Trustee to the Debtors Motion For Entry Of Orders (I) Establishing Bidding And Sale Procedures; (II) Approving The Sale Of Assets; And (III) Granting Related Relief (Docket 64; 3/1/2016)

    D.  Limited Objection to Debtors' Motion for Entry of Orders (I) Establishing Bidding and Sale Procedures (II) Approving the Sale of Assets and (III) Granting Related Relief (Docket 65; 3/1/2016)

    E.  Response /Debtors Reply In Support Of The Bid Procedures Request Set Forth In Debtors Motion For Entry Of Orders (I) Establishing Bidding And Sale Procedures (II) Approving The Sale Of Assets And (III) Granting Related Relief ((Docket 71; 3/1/2016)

Related Document:

    A.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

Status:  This matter is going forward on a contested basis.

8.  Motion for Entry of an Order (I) Establishing Bar Dates and Procedures and (II) Approving the Form and Manner of Notice Thereof (Docket No. 18; 2/11/2016)

Response Deadline:  February 26, 2016 at 4:00 p.m. (ET).

Responses Received:  Informal response from the Office of the U.S. Trustee.

Related Document:

    A.  Omnibus Notice of Hearing to Consider First Day Pleadings and Second Day Pleadings (Docket 46; 2/12/2016)

Status:  This matter is going forward.  The Debtors intend to present a revised form of order at the hearing incorporating comments received from the Office of the U.S. Trustee.

Dated:  March 1, 2016  
Wilmington, DE

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

*/s/ Steven K. Kortanek*  
Steven K. Kortanek (DE 3106)  
Howard A. Cohen (DE 4082)  
222 Delaware Avenue, Suite 1400  
Wilmington, DE 19801  
Tel:  (302) 467-4200  
Fax: (302) 467-4201  
Steven.Kortanek@dbr.com

Howard.Cohen@dbr.com

-and-

**VINSON & ELKINS LLP**

David S. Meyer (NY 4576344)
Jessica C. Peet (NY 5265913)
Lauren R. Kanzer (NY 5216635)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel:  (212) 237-0000
Fax: (212) 237-0100
dmeyer@velaw.com
jpeet@velaw.com
lkanzer@velaw.com

Paul E. Heath (TX 09355050)
Reese A. O'Connor (TX 24092910)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel:  (214) 220-7700
Fax: (214) 220-7716
pheath@velaw.com
roconnor@velaw.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**