**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Sundevil Power Holdings, LLC, *et al.*[1] | ) | Case No. 16-10369 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss |
| COUNTY OF NASSAU | ) |

I, Kimberly Gargan, being duly sworn, depose and state:

1.       I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "***Debtors***") in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2.       On August 10, 2016, at the direction of Drinker Biddle and Reath LLP ("***Drinker Biddle***"), counsel to the Debtors, and Vinson & Elkins LLP ("***V&E***"), special counsel to the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on **Exhibit A** annexed hereto (Master Service List and Notice of Appearance Parties)[2], and by first class mail on the parties identified on **Exhibit B** annexed hereto (Master Service List and Notice of Appearance Parties):

---

[1] The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777).  The Debtors' service address is:  701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

[2] These parties include Notice of Appearance Parties who have consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

- **Notice of Rescheduled Sale Hearing [set for August 23, 2016 at 2:30 p.m. (Prevailing Eastern Time), re Sale Order] ("Sale Hearing Notice")** [Docket No. 260].

3.      On August 10, 2016, and August 11, 2016, also at the direction of *Drinker Biddle* and *V&E*, I caused a true and correct copy of the **Sale Hearing Notice** to be served by e-mail on the parties identified on __Exhibit C__ annexed hereto (Contract Counterparties with e-mail addresses), and by overnight delivery on the parties identified on __Exhibit D__ annexed hereto (Contract Counterparties).


                                                            /s/ Kimberly Gargan
                                                            Kimberly Gargan

Sworn to before me this 15th day of
August, 2016


/s/ Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires: September 4, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 | steven.peters@aps.com; robert.bean@aps.com |
| ASHBY & GEDDES PA | ATTN WILLIAM P BOWDEN ESQ | 500 DELAWARE AVENUE 8TH FLOOR | PO BOX 1150 | | WILMINGTON | DE | 19899-1150 | wbowden@ashby-geddes.com |
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 | Sarah.Dorgan@baml.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 | jdonahoe@csginvestments.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 | sharvey@csginvestments.com |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Howard.Cohen@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 | Joseph.Argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Joseph.Argentina@dbr.com |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 | Michael.Lee@edftrading.com |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 | passportenergyservices@kindermorgan.com |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 | kimberly.gargan@gardencitygroup.com |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | mbrowne@entegrapower.com |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | vmudie@entegrapower.com |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | rmorgner@jefferies.com |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | kphillips@jefferies.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN PATRICIA WILLIAMS PREWITT ESQ | 10953 VISTA LAKE COURT | | | NAVASOTA | TX | 77868 | pwp@pattiprewittlaw.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | CIVIL SERV. DIVISION | ATTN LORI A LEWIS ESQ | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004-2206 | LewisL01@mcao.maricopa.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | Juliet.M.Sarkessian@usdoj.gov |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 | darmstrong@Paradigmtax.com |
| PORTER HEDGES LLP | ATTN JOHN F HIGGINS ESQ | 100 MAIN STREET | 36TH FLOOR | | HOUSTON | TX | 77002 | jhiggins@porterhedges.com |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 | info@praxair.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | collins@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | madron@rlf.com |
| SNELL & WILMER LLP | ATTN CHRISTOPHER H BAYLEY ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004 | cbayley@swlaw.com |
| SNELL & WILMER LLP | ATTN J MATTHEW DERSTINE ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004-2202 | mderstine@swlaw.com |
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 | volha.andreyeva@stinson.com |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 | rwallander@wayzpartners.com |
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 | tony.perry@energytransfer.com |
| UNITED STATES ATTORNEY'S OFFICE | ATTN  DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 | askdoj@usdoj.gov |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | NYROBankruptcy@SEC.GOV |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 | askdoj@usdoj.gov |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | jpeet@velaw.com |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | pheath@velaw.com |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | dmeyer@velaw.com |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | lkanzer@velaw.com |
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | roconnor@velaw.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | sgreissman@whitecase.com |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | azatz@whitecase.com |

# EXHIBIT B

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 |
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 |
| CLMG CORPORATION | 1795 DALLAS PARKWAY | | | | PLANO | TX | 75093 |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 |
| FOX ROTHSCHILD LLP | ATTN L JOHN BIRD ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| MARICOPA COUNTY ATTORNEY'S OFFICE | CIVIL SERV. DIVISION | ATTN LORI A LEWIS ESQ | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004-2206 |
| MARICOPA COUNTY TREASURERS OFFICE | ATTN CHARLES HOSKINS, TREASURER | 301 W JEFFERSON STE 100 | | | PHOENIX | AZ | 85003 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BLVD STE 100 | | | | DOVER | DE | 19904 |
| STATE OF ARIZONA DEPARTMENT OF REVENUE | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 1600 W MONROE | | | PHOENIX | AZ | 85007-2650 |
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|------|----------|----------|----------|----------|------|-------|-----|-------|
| ENTEGRA POWER SERVICES EEC | ATTN JERRY F COFFEY, GENERAL COUNSEL | 100 S ASHLEY DRIVE, SUITE 1400 | | | TAMPA | FL | 33602 | jcoffey@entegrapower.com |
| GILA BEND OPERATIONS CO. | C/O ENTEGRA POWER GROUP LLC | ATTN JERRY F COFFEY | 1250 EAST WATERMELON ROAD | | GILA BEND | AZ | 85337 | JCoffey@entegrapower.com |
| GILA RIVER POWER LLC | ATTN JERRY F. COFFEY, GENERAL COUNSEL | 100 S ASHLEY DR, SUITE 1400 | | | TAMPA | FL | 33602 | jcoffey@entegrapower.com |
| O'MELVENY & MYERS LLP | ATTN RICHARD SHUTRAN, ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | rshutran@omm.com |
| WAYZATA INVESTMENT PARTNERS | ATTN LINDA GANS | 610 HARLAND ST | | | MILTON | MA | 02186-5270 | lgans@wayzpartners.com |
| WAYZATA INVESTMENT PARTNERS | ATTN RAY WALLANDER | 610 HARLAND ST | | | MILTON | MA | 02186-5270 | rwallander@wayzpartners.com |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ARIZONA PUBLIC SERVICE | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 53933, STA 3200 | | | PHEONIX | AZ | 85072-3933 |
| ARIZONA PUBLIC SERVICE APS | ATTN ROBERT BEAN, SECTION LEADER | PO BOX 53999 | MS 2260 | | PHOENIX | AZ | 85072-3999 |
| ARIZONA PUBLIC SERVICE COMPANY | ATTN PRES, MANAGING OR GEN'L AGENT | 502 S 2ND AVE | STATION 2260 | | PHEONIX | AZ | 85003 |
| ARIZONA PUBLIC SERVICE COMPANY | ATTN SECRETARY OF THE COMPANY | PO BOX 53999 | | | PHOENIX | AZ | 85072-3999 |
| ARIZONA PUBLIC SERVICE COMPANY | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 53999 - MS 2260 | | | PHOENIX | AZ | 85072 |
| ARLINGTON VALLEY | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 26 | | | ARLINGTON | AZ | 85322 |
| ARLINGTON VALLEY LLC | C/O STAR WEST GENERATION LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 2929 ALLEN PKWY, STE 2280 | | HOUSTON | TX | 77019 |
| AVISTA CORPORATION | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 1411 EAST MISSION AVENUE | PO BOX 3727 | | SPOKANE | WA | 99220-3727 |
| BALANCING AUTHORITY OF NORTHERN CALIFORNIA | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 15830, MS D109 | | | SACRAMENTO | CA | 95852-1830 |
| BLACK HILLS CORPORATION | ATTN PRES, MANAGING OR GEN'L AGENT | 625 NINTH STREET | | | RAPID CITY | SD | 57701 |
| BONNEVILLE POWER ADMINISTRATION | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 3621 | | | PORTLAND | OR | 97208-3621 |
| CALIFORNIA ISO | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 639014 | | | FOLSOM | CA | 95763-9014 |
| CITY OF FARMINGTON | ATTN ELECTRIC UTILITY DIRECTOR | 800 MUNICIPAL DRIVE | | | FARMINGTON | NM | 87401 |
| CITY OF FARMINGTON | C/O ELECTRIC UTILITY DIRECTOR | 101 N. BROWNING PKWY | | | FARMINGTON | NM | 87401 |
| COLORADO SPRINGS UTILITIES | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1103 | | | COLORADO SPRINGS | CO | 80947-0010 |
| EDF TRADING NORTH AMERICA LLC | ATTN PRES, MANAGING OR GNRL AGNT | 4700 W SAM HOUSTON PKWY N, | SUITE 250 | | HOUSTON | TX | 77041 |
| EDF TRADING NORTH AMERICA LLC | ATTN SR VICE PRESIDENT POWER | 4700 W SAM HOUSTON PARKWAY N, | SUITE 250 | | HOUSTON | TX | 77041 |
| EDF TRADING NORTH AMERICA LLC | ATTN CONTRACT ADMINISTRATION | 4700 W SAM HOUSTON PKWY N, STE 250 | | | HOUSTON | TX | 77041 |
| EL PASO ELECTRIC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 982 | | | EL PASO | TX | 79960 |
| EL PASO ELECTRIC COMPANY | ATTN SECRETARY | PO BOX 982 | | | EL PASO | TX | 79960 |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 |
| EL PASO NATURAL GAS COMPANY, LLC | WESTERN PIPELINES | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | COLORADO SPRINGS | CO | 80944 |
| ENTEGRA POWER SERVICES EEC | ATTN JERRY F COFFEY, GEN COUNSEL | 100 S ASHLEY DRIVE, SUITE 1400 | | | TAMPA | FL | 33602 |
| ETHOSENERGY POWER PLANT SVCS LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 12600 DEERFIELD PKWY | SUITE 315 | | ALPHARETTA | GA | 30004 |
| EUGENE WATER AND ELECTRIC BOARD | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 10148 | | | EUGENE | OR | 97440-2148 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| FARMINGTON ELECTRIC UTILITY SYSTEM | ATTN PRES, MANAGING OR GEN'L AGENT | 800 MUNICIPAL DRIVE | | | FARMINGTON | NM | 87401 |
| FREESTATE MANAGEMENT LLC | DBA KELSON ENERGY, INC | ATTN NEAL CODY AND JESSE GARDNER | 6700 ALEXANDER BELL DR, STE 360 | | COLUMBIA | MD | 21046 |
| GILA BEND OPERATIONS CO. | C/O ENTEGRA POWER GROUP LLC | ATTN FACILITY MANAGER | 1250 EAST WATERMELON ROAD | | GILA BEND | AZ | 85337 |
| GILA BEND OPERATIONS CO. | C/O ENTEGRA POWER GROUP LLC | ATTN JERRY F COFFEY | 1250 EAST WATERMELON ROAD | | GILA BEND | AZ | 85337 |
| GILA BEND OPERATIONS CO., LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 1250 E WATERMELON ROAD | | | GILA BEND | AZ | 85337 |
| GILA RIVER POWER LLC | ATTN JERRY F, COFFEY, GEN COUNSEL | 100 S ASHLEY DR, SUITE 1400 | | | TAMPA | FL | 33602 |
| GILA RIVER POWER LLC | C/O ENTEGRA POWER GROUP | ATTN PRES, MANAGING OR GEN'L AGENT | 100 S ASHLEY DR, STE 1400 | | TAMPA | FL | 33602 |
| GILA RIVER POWER LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 100 S ASHLEY DRIVE, SUITE 1400 | | | TAMPA | FL | 33602 |
| GILA RIVER POWER LP | C/O ENTEGRA POWER GROUP LLC | ATTN CONTRACTS ADMINISTRATION | 100 S ASHLEY DRIVE, SUITE 1400 | | TAMPA | FL | 33602 |
| GRIDFORCE ENERGY MANAGEMENT LLC | ATTN JT THOMPSON | 1331 LAMAR, SUITE 560 | | | HOUSTON | TX | 77010 |
| GRIFFITH ENERGY | ATTN PRES, MANAGING OR GEN'L AGENT | 3375 W NAVAJO DRIVE | | | GOLDEN VALLEY | AZ | 86413 |
| GRIFFITH ENERGY LLC | C/O STAR WEST GENERATION LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 2929 ALLEN PKWY, SUITE 2280 | | HOUSTON | TX | 77019 |
| IMPERIAL IRRIGATION DISTRICT | ATTN JAVIER ESPARZA | 333 EAST BARIONI BOULEVARD | | | IMPERIAL | CA | 92251 |
| IMPERIAL IRRIGATION DISTRICT | ATTN MARC PRINTY | 333 EAST BARIONI BLVD | | | IMPERIAL | CA | 92251 |
| INCORPORATED COUNTY OF LOS ALAMOS | ATTN MNGER DEPT OF PUBLIC UTILITIES | PO DRAWER 1030 | | | LOS ALAMOS | NM | 87544 |
| INCORPORATED COUNTY OF LOS ALAMOS | C/O MNGER, DEPT OF PUBLIC UTILITIES | 1000 CENTRAL AVE, SUITE 130 | | | LOS ALAMOS | NM | 87544 |
| INTERMOUNTAIN RURAL ELECTRIC ASSOC | ATTN PRES, MANAGING OR GEN'L AGENT | 5496 NORTH US HWY 85 | PO DRAWER A | | SEDALIA | CO | 80135 |
| J. ARON & COMPANY | ATTN POWER | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN OIL | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN NATURAL GAS | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN METALS | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN ENERGY & FOREST PRODUCTS | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN FX OPERATIONS | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| J. ARON & COMPANY | ATTN PRES, MANAGING OR GEN'L AGENT | 200 WEST STREET | | | NEW YORK | NY | 10282 |
| LOS ANGELES DEPARTMENT OF WATER AND POWER | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 51111 | | | LOS ANGELES | CA | 90051-0100 |
| MATL | ATTN PRES, MANAGING OR GEN'L AGENT | 1040 7TH AVENUE SW, SUITE 400B | CALGARY, ALBERTA T2P 3G9 CANADA | | | | |
| MESQUITE POWER LLC | C/O CAMS | ATTN PRES, MANAGING OR GEN'L AGENT | 919 MILAM ST, STE 2300 | | HOUSTON | TX | 77002 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| MODESTO IRRIGATION DISTRICT | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 4060 | | | MODESTO | CA | 95352-4060 |
| NATURENER USA | ATTN PRES, MANAGING OR GEN'L AGENT | 435 PACIFIC AVENUE | SUITE 400 | | SAN FRANCISCO | CA | 94133 |
| NEVADA POWER COMPANY | ATTN DIVISION DIRECTOR | SYSTEM PLANNING AND OPERATIONS | P.O. BOX 230 | | LAS VEGAS | NV | 89151 |
| NEW HARQUAHALA GENERATING COMPANY | ATTN PLANT MANAGER | PO BOX 727 | | | TONOPAH | AZ | 83534 |
| NEW HARQUAHALA GENERATING COMPANY | ATTN PRES, MANAGING OR GEN'L | 2530 N 491ST AVENUE | | | TONOPAH | AZ | 85354 |
| NNSA LOS ALAMOS FIELD OFFICE | ATTN PRES, MANAGING OR GEN'L AGENT | 3747 WEST JEMEZ ROAD | | | LOS ALAMOS | NM | 87544 |
| NORTHWESTERN ENERGY | ATTN PRES, MANAGING OR GEN'L AGENT | 3010 WEST 69TH STREET | | | SIOUX FALLS | SD | 57108 |
| O'MELVENY & MYERS LLP | ATTN RICHARD SHUTRAN, ESQ | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 |
| PACIFICORP | ATTN PRES, MANAGING OR GEN'L AGENT | 825 NE MULTNOMAH STREET | | | PORTLAND | OR | 97232 |
| PEAK RELIABILITY INC | ATTN PRES, MANAGING OR GEN'L AGENT | 7600 NE 41ST STREET | SUITE 201 | | VANCOUVER | WA | 98662 |
| PEND OREILLE COUNTY PUBLIC UTILITY DISTRICT NO. 1 | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 190 | | | NEWPORT | WA | 99156 |
| PLATTE RIVER POWER AUTHORITY | ATTN PRES, MANAGING OR GEN'L AGENT | 2000 EAST HORSETOOTH ROAD | | | FORT COLLINS | CO | 80525 |
| PUBLIC SERVICE CO OF NEW MEXICO | ATTN SECRETARY | ALVARADO SQUARE | | | ALBUQUERQUE | NM | 87158 |
| PUBLIC SERVICE CO OF NEW MEXICO | ATTN PRES, MANAGING OR GEN'L AGENT | 414 SILVER AVENUE SW | | | ALBUQUERQUE | NM | 87102 |
| PUBLIC UTILITY DISTRICT NO. 1 OF CHELAN COUNTY, WA | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1231 | | | WENATCHEE | WA | 98807-1231 |
| SACRAMENTO MUNICIPAL UTILITY DISTRICT | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 15830 | | | SACRAMENTO | CA | 95852-0830 |
| SALT RIVER PROJECT | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 52025 | | | PHEONIX | AZ | 85072-2025 |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & | POWER DISTRICT | ATTN SECRETARY | P. O. BOX 52025 | | PHOENIX | AZ | 85072-2025 |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND | POWER DISTRICT | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | MAIL STA ISB 253 | PO BOX 52025 | PHOENIX | AZ | 85072 |
| SOUTHWEST TRANSMISSION COOPERATIVE | ATTN EXECUTIVE VICE PRESIDENT AND GENERAL MANAGER | PO BOX 2195 | | | BENSON | AZ | 85602 |
| SOUTHWEST TRANSMISSION COOPERATIVE | ATTN PRES, MANAGING OR GEN'L AGENT | 1000 HWY 80 | | | BENSON | AZ | 85602 |
| SRSG ADMINISTRATOR | ATTN SRSG ADMINISTRATOR - MS: POB013 | PO BOX 52025 | | | PHOENIX | AZ | 85072-2025 |
| SRSG ADMINISTRATOR | ATTN PRES, MANAGING OR GEN'L AGENT | C/O ZGLOBAL INC | 750 W MAIN ST | | EL CENTRO | CA | 92243 |
| SUCCESSFUL IMPRESSIONS LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 3808 N 54TH PLACE | | | PHEONIX | AZ | 85018 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|------|----------|----------|----------|----------|------|-------|-----|
| TOWN OF GILA BEND | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 644 W. PIMA ST. | P.O. BOX A | | GILA BEND | AZ | 85337 |
| TRANSWESTERN PIPELINE COMPANY LLC | ATTN COMMERCIAL GROUP | 1300 MAIN STREET | | | HOUSTON | TX | 77002 |
| TRANSWESTERN PIPELINE COMPANY, LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 711 LOUISIANA ST, SUITE 900 | | | HOUSTON | TX | 77002 |
| TRI-STATE GENERATION & TRANSMISSION INC | ATTN JOHN TOLO | MANAGER, SYSTEM CONTROL & RELIABILITY | PO BOX 711 | | TUCSON | AZ | 85702 |
| TRI-STATE GENERATION AND TRANSMISSION ASSOC | ATTN EXECUTIVE VICE PRESIDENT AND GENERAL MANAGER | PO BOX 33695 | | | DENVER | CO | 80233-0695 |
| TUCSON ELECTRIC POWER COMPANY | ATTN MICHAEL FLORES | MANAGER, CONTROL AREA OPERATIONS | P. O. BOX 711 | | TUCSON | AZ | 85702 |
| TUCSON ELECTRIC POWER COMPANY | ATTN MARK MANSFIELD, VICE PRESIDENT | 88 E BROADWAY BOULEVARD | | | TUSCON | AZ | 85711 |
| TUCSON ELECTRIC POWER COMPANY | ATTN TODD HIXON, GENERAL COUNSEL | 88 E BROADWAY BOULEVARD | | | TUSCON | AZ | 85711 |
| TUCSON ELECTRIC POWER COMPANY | ATTN PRES, MANAGING OR GEN'L AGENT | 3950 E IRVINGTON RD | | | TUCSON | AZ | 85714 |
| TUCSON ELECTRIC POWER COMPANY | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 711 | | | TUCSON | AZ | 85702-0711 |
| TURLOCK IRRIGATION DISTRICT | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 333 EAST CANAL DRIVE | PO BOX 949 | | TURLOCK | CA | 95381-0949 |
| TWIN EAGLE RESOURCE MANAGEMENT LLC | ATTN PRES, MANAGING OR GEN'L AGENT | 8847 W SAM HOUSTON PKWY N | | | HOUSTON | TX | 77040 |
| UNS ELECTRIC INC | ATTN PRES, MANAGING OR GEN'L AGENT | 3950 E IRVINGTON RD | | | TUCSON | AZ | 85714 |
| UNS ELECTRIC INC | ATTN PRES, MANAGING OR GEN'L AGENT | 88 E BROADWAY BLVD | | | TUCSON | AZ | 85711 |
| WAYZATA INVESTMENT PARTNERS | ATTN JACKI LEYK | 610 HARLAND ST | | | MILTON | MA | 02186-5270 |
| WAYZATA INVESTMENT PARTNERS | ATTN LINDA GANS | 610 HARLAND ST | | | MILTON | MA | 02186-5270 |
| WAYZATA INVESTMENT PARTNERS | ATTN RAY WALLANDER | 610 HARLAND ST | | | MILTON | MA | 02186-5270 |
| WESTERN AREA POWER ADMINISTRATION | ATTN REGIONAL MANAGER | DESERT SOUTHWEST REGION | 615 S. 43RD AVENUE | | PHOENIX | AZ | 85005-6457 |
| WESTERN AREA POWER ADMINISTRATION | ATTN REGIONAL MANAGER | DESERT SOUTHWEST REGION | P. O. BOX 6457 | | PHOENIX | AZ | 85005-6457 |
| WESTERN AREA POWER ADMINISTRATION | ROCKY MOUNTAIN REGION OPERATIONS, SOUTH | ATTN DARREN BUCK, VP OF OPERATIONS | PO BOX 3700 | | LOVELAND | CO | 80539-3003 |