## Exhibit B

**Invoice**

US 4566959

# Vinson&Elkins

# Invoice

August 16, 2016

**Sundevil Power Holdings, LLC**
701 E. Lake St., Suite 300
Wayzata, MN  55391

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/12/16 | PEH | Lengthy call with Steve Kortanek on case issues and status (.70). | 0.70 |
| 07/22/16 | PEH | Lengthy call with Steve Kortanek on case status (.60). | 0.60 |
| 07/25/16 | RAOC | Call with Paul Heath regarding case updates and action items (.20). | 0.20 |
| **Total** | | | **$1,206.00** |

---

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**  August 16, 2016    Page 2

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 1.30 | 860.00 | 1,118.00 |
| RAOC | Reese A. O'Connor | 0.20 | 440.00 | 88.00 |
| **Total** | | **1.50** | | **1,206.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    August 16, 2016    Page 3

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Budgeting (Case)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/18/16 | RAOC | Call with Paul Heath regarding budget (.10); prepare updated case budget and e-mail correspondence with Paul Heath regarding same (.20). | 0.30 |
| 07/25/16 | PEH | Work on amended budget and staffing plan (.40); discuss same with Reese O'Connor (.20). | 0.60 |
| 07/28/16 | PEH | Finalize updated case budget (.30); discuss same with client (.20); e-mail to client on approval (.10). | 0.60 |
| 07/28/16 | RAOC | Continue to work on budget and staffing plan (.60). | 0.60 |
| **Total** | | | **$1,428.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC** August 16, 2016                    Page 4

**Client/Matter Number**   SUN064 64000
**Invoice Number**         25533867
**Billing Attorney**       Paul E. Heath

Re:     Restructure

**Summary of services - Budgeting (Case)**

| Initials | Name | Hours | Eff. Rate | Amount |
|----------|------|-------|-----------|--------|
| PEH | Paul E. Heath | 1.20 | 860.00 | 1,032.00 |
| RAOC | Reese A. O'Connor | 0.90 | 440.00 | 396.00 |
| **Total** | | **2.10** | | **1,428.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016          Page 5

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Asset Disposition**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/01/16 | WRRU | Telephone conference with title company regarding owner's affidavit (.20); finish reviewing revisions to draft APA and related schedules (.30). | 0.50 |
| 07/01/16 | ASF | Review and comment on revised draft asset purchase agreement tax provisions (1.30). | 1.30 |
| 07/05/16 | JSD | Exchange e-mails with Matthew Greenberg regarding rejection of Transwestern gas transportation agreements (.50). | 0.50 |
| 07/05/16 | PEH | Calls with client on potential RFP transaction (.40). | 0.40 |
| 07/05/16 | WRRU | Review prior vesting deeds for Power Blocks 1 and 2 and correspond with buyer's real estate counsel regarding proposed form of Special Warranty Deed (.50). | 0.50 |
| 07/05/16 | BASA | Discuss possible RFP transaction with Trina Chandler and Jay Kanive (.30); discuss status of Beal Asset Purchase and Sale Agreement with internal working group (.30). | 0.60 |
| 07/06/16 | PHC | Conferences with Brittany Sakowitz and Jay Kanive regarding Beal comments to the APA (1.10); review the same (1.20). | 2.30 |
| 07/06/16 | PEH | Further discussion with client on potential RFP transaction (.30). | 0.30 |
| 07/07/16 | PEH | Call with client on asset sale status (.20). | 0.20 |
| 07/08/16 | SBS | Review new draft APA for RFP transaction for items related to environmental matters (2.80). | 2.80 |
| 07/08/16 | PHC | Various conferences with Jay Kanive, Brittany Sakowitz and Matthew Greenberg regarding potential RFP sale (.90); review APA and diligence questions in connection with upcoming meeting on possible RFP transaction (2.10). | 3.00 |
| 07/08/16 | PEH | Call with client on possible RFP asset deal (.20); call with internal team on possible RFP asset sale deal (.50). | 0.70 |
| 07/08/16 | WRRU | Conference with Matthew Greenberg regarding potential RFP acquisition and related APA comments (.30); begin evaluating draft APA (1.00). | 1.30 |
| 07/08/16 | MTDO | Confer with corporate team regarding possible RFP asset purchase agreement (.10); discuss same with Sue Snyder | 0.20 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    August 16, 2016         Page 6

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

|  |  |  |  |
|---|---|---|---|
| | | (.10). | |
| 07/08/16 | MGRE | Review APA (.60); status update with V&E corporate/bankruptcy teams (.30); discuss APA with V&E subject matter specialists (.40). | 1.30 |
| 07/08/16 | BASA | Review correspondence regarding possible RFP bid and discuss with Paul Heath and Trina Chandler (.50); review Asset Purchase Agreement and confer with working group (3.30). | 3.80 |
| 07/09/16 | PEH | Review and evaluate sale process in light of potential RFP transaction and next steps to take (1.10). | 1.10 |
| 07/09/16 | WRRU | Continue evaluating proposed APA draft and preparing list of high-level issues (1.00). | 1.00 |
| 07/09/16 | JLMC | Review new APA with respect to potential RFP asset sale (2.30). | 2.30 |
| 07/10/16 | PEH | Further review of sale motion and bid procedures in connection with possible RFP transaction and preparation of issues list in connection therewith (1.70). | 1.70 |
| 07/10/16 | JLMC | Review and respond to e-mails on asset sale (.20). | 0.20 |
| 07/10/16 | MTDO | Analyze asset purchase agreement for environmental issues (.80); draft issues list (.30). | 1.10 |
| 07/10/16 | MGRE | Review W&C markup of alternative bid draft submitted as part of RFP (.50). | 0.50 |
| 07/11/16 | NWI | Review and analyze draft APA (.70); telephone conference with Matthew Greenberg about proposed changes in structure and HSR implications (.30). | 1.00 |
| 07/11/16 | SBS | Conference with Matt Dobbins regarding environmental matters in APA draft (.10); review schedules to draft APA (.60). | 0.70 |
| 07/11/16 | PHC | Various conferences with Ray Wallander, Jay Kanive, Brittany Sakowitz and Matthew Greenberg regarding possible RFP APA, sales process and upcoming meeting (1.90); prepare for meeting on possible RFP deal (1.20). | 3.10 |
| 07/11/16 | JSD | Review RFP draft of asset purchase agreement (1.00). | 1.00 |
| 07/11/16 | PEH | Call with client on approach and issues with respect to on possible RFP transaction (.40); call with Matthew Greenberg on APA issues with potential RFP transaction (.50); begin to review possible RFP APA form (.60). | 1.50 |
| 07/11/16 | SMBE | Review revised asset purchase agreement on possible RFP | 0.30 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016       Page 7

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

|  |  |  |  |
|---|---|---|---|
| | | transaction (.30). | |
| 07/11/16 | DKO | Conference with Matthew Greenberg regarding new deal structure and potential intellectual property concerns (.20). | 0.20 |
| 07/11/16 | WRRU | Prepare list of real estate issues in RFP draft APA and conference with Matthew Greenberg regarding same (.80). | 0.80 |
| 07/11/16 | MTDO | Review notes on markup of agreement (.20); discuss environmental issues with Sue Snyder (.10). | 0.30 |
| 07/11/16 | MGRE | Review W&C markup of RFP APA (2.20); discuss with V&E subject matter specialists (.60). | 2.80 |
| 07/12/16 | PHC | Conferences with Jay Kanive, Ray Wallander, Brittany Sakowitz and Matthew Greenberg regarding possible RFP APA, sales process and upcoming meeting (1.50); review related materials (1.40). | 2.90 |
| 07/12/16 | PEH | Further review of draft APA from RFP party (1.30). | 1.30 |
| 07/12/16 | SMBE | Review and comment on asset purchase agreement (.40); correspond regarding same (.10). | 0.50 |
| 07/12/16 | JLMC | Review and comment tax provisions on documents on asset sale (2.50). | 2.50 |
| 07/12/16 | SMJA | Review and analyze revisions to purchase agreement (.60); correspond regarding same (.20). | 0.80 |
| 07/12/16 | BASA | Review RFP Asset Purchase Agreement and prepare issues list (3.50); compare transactional documents and schedules (2.00). | 5.50 |
| 07/13/16 | NWI | Review draft of Asset Purchase Agreement and provide comments to Matthew Greenberg (1.30); follow-up communications with Matthew Greenberg (.10). | 1.40 |
| 07/13/16 | PHC | Various communications with Jay Kanive, Ray Wallander, Brittany Sakowitz and Matthew Greenberg regarding RFP APA and upcoming meeting (2.30); review APA and related documents in connection therewith to prepare for meetings with RFP party (4.60). | 6.90 |
| 07/13/16 | JSD | Reply to e-mail from Ellis Butler concerning FERC application (.30). | 0.30 |
| 07/13/16 | PEH | Further review of APA for possible RFP transaction and review and revise issues list in connection therewith (1.70); call with client on meeting with RFP party (.20); e-mails with internal team on issues list (.40); call with Brittany Sakowitz on meeting with RFP party (.10). | 2.40 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016         Page 8

|  |  |
|---|---|
| Client/Matter Number | SUN064 64000 |
| Invoice Number | 25533867 |
| Billing Attorney | Paul E. Heath |

Re:     Restructure

| | | | |
|---|---|---|---|
| 07/13/16 | WRRU | Begin reviewing revised special warranty deed and correspond with title underwriter regarding same (.50). | 0.50 |
| 07/13/16 | MGRE | Review issues list regarding markup of transaction documents (.50). | 0.50 |
| 07/13/16 | BASA | Review Asset Purchase Agreement and revise and discuss issues list with working group (3.50); discuss bankruptcy items with Paul Heath and Trina Chandler (1.00). | 4.50 |
| 07/13/16 | WBMU | Assist Brittany Sakowitz in compiling material contracts listed on APA Schedule (.30). | 0.30 |
| 07/14/16 | PHC | Prepare for meeting with RFP party relating to power block 2 (3.70); participate in meeting with RFP party, client, Kelson and V&E regarding the same (4.00); conferences with Jay Kanive, Ray Wallander and Brittany Sakowitz regarding next steps and take aways from meeting (1.20). | 8.90 |
| 07/14/16 | JSD | Review regulatory provisions of draft of asset purchase agreement for possible RFP transaction (.80). | 0.80 |
| 07/14/16 | DKO | Review Asset Purchase Agreement for Block 12 Sale for major intellectual property concerns (.40); correspond with Matthew Greenberg regarding the same (.10). | 0.50 |
| 07/14/16 | MGRE | Review bid draft APA (.30); conduct due diligence (.50); review W&C markup of bid draft APA (.40). | 1.20 |
| 07/14/16 | BASA | Review Ownership Agreement and O&M Agreement (2.00); review Asset Purchase Agreement and issues list in preparation for meeting (1.00); participate in meeting with Sundevil and RFP party (4.00). | 7.00 |
| 07/15/16 | PEH | Call with client on results on meeting with RFP party and issues to be addressed (.40). | 0.40 |
| 07/18/16 | PHC | Various conferences with Jay Kanive, Ray Wallander, Brittany Sakowitz and Barry Smitherman regarding RFP party meeting, sales process, APA and impact of pending rate case on timing (1.50); review APA bid draft requested to be sent to RFP party and various diligence items (2.10). | 3.60 |
| 07/18/16 | JSD | Telephone conference with Matthew Greenberg regarding inclusion of Gila River in rate case (.50); research status of current rate case (1.50). | 2.00 |
| 07/18/16 | BASA | Discuss open items with John Decker, Trina Chandler and Barry Smitherman (.50); review and discuss rate case with Bailey Murdock (.90). | 1.40 |
| 07/18/16 | BTSM | Conversation with Trina Chandler and Brittany Sakowitz regarding RFP party (.50). | 0.50 |

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016                    Page 9

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

| 07/19/16 | PHC | Various conferences with Ray Wallander, Jay Kanive, Brittany Sakowitz and Matthew Greenberg regarding possible RFP sale process (.90); review draft APA in connection therewith (.50). | 1.40 |
|---|---|---|---|
| 07/19/16 | PEH | Lengthy call with Trina Chandler on asset sale status and next steps (.80); call with client regarding same (.30). | 1.10 |
| 07/19/16 | WBMU | Research rate case procedures involving post test year acquisitions (1.50). | 1.50 |
| 07/20/16 | PHC | Various conferences with Jay Kanive, Ray Wallander, and Brittany Sakowitz regarding possible RFP APA (1.90); review and prepare comments to possible RFP bid form in connection therewith (.90); review materials relating to rate case and timing for sale process (.40). | 3.20 |
| 07/20/16 | PEH | Discuss asset sale status with client (.40). | 0.40 |
| 07/20/16 | PEH | Review of Transwestern Proof of Claim (.20); brief review of underlying tariff (.40). | 0.60 |
| 07/20/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding various real estate matters, including special warranty deed (.50). | 0.50 |
| 07/20/16 | MGRE | Meeting with Trina Chandler to discuss Asset Purchase Agreement (.50); review comments from V&E specialists on APA (.50); update closing checklist (.30); review comments on APA Exhibits (.50). | 1.80 |
| 07/20/16 | JDNM | Review revised Special Warranty Deed (.40); conference with Will Russ on same (.10). | 0.50 |
| 07/20/16 | BASA | Discuss RFP party rate case with Bailey Murdock (.50); research issues related thereto (1.00); discuss comments to Asset Purchase Agreement with Trina Chandler, Paul Heath and Matthew Greenberg (.50); review prior e-mails related to open items (.80); prepare list of issues presented in the Asset Purchase Agreement (3.50). | 6.30 |
| 07/20/16 | WBMU | Research and prepare summary of utility rate case treatment of post-test year acquisitions for Brittany Sakowitz (5.80); update closing checklist for Matthew Greenberg (.50). | 6.30 |
| 07/21/16 | PHC | Various conferences with Ray Wallander, Jay Kanive, Brittany Sakowitz and Matthew Greenberg regarding revisions to Beal APA, Schedules and Ancillary documents (1.90); review and prepare comments to the same (1.80). | 3.70 |
| 07/21/16 | PEH | Review of issues list and Beal APA in attempt to finalize same (.40); participate in call with client on issue list and Beal APA | 1.70 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 **V&E** Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016        Page 10

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

| | | | |
|---|---|---|---|
| | | (1.00); follow up call with client on Beal APA issues and timing for court approval (.30). | |
| 07/21/16 | WRRU | Correspond with title company regarding revisions to special warranty deed (.10); conferences with Julie Monier and Matthew Greenberg regarding same (.20). | 0.30 |
| 07/21/16 | MGRE | Prepare for conference call with client (.80); conference call with client (1.00); revise disclosure schedules (.50); revise exhibits to APA (.50); call with Brittany Sakowitz (.30); review Sale Order (.40). | 3.50 |
| 07/21/16 | JDNM | Revise Special Warranty Deed (.20). | 0.20 |
| 07/21/16 | RAOC | E-mail correspondence with Paul Heath regarding Wind Down Budget for APA (.10). | 0.10 |
| 07/21/16 | BASA | Discuss open items in Asset Purchase Agreement and disclosure schedules with Jay Kanive, Ray Wallander, Trina Chandler, Paul Heath and Matthew Greenberg (.50); revise Asset Purchase Agreement (.50). | 1.00 |
| 07/22/16 | PHC | Various conferences with Jay Kanive, Brittany Sakowitz and Matthew Greenberg regarding revisions to Asset Purchase Agreement, Schedules and Ancillary Documents (1.60); review and prepare comments to APA and Schedules (2.10). | 3.70 |
| 07/22/16 | PEH | Review of revised APA (.30); brief call with Brittany Sakowitz and Matthew Greenberg regarding same (.20); further review of form of sale order (.20). | 0.70 |
| 07/22/16 | WRRU | Conferences with Matthew Greenberg and Brittany Sakowitz regarding revisions to Sundevil APA and related forms of real estate closing documents (.30); review and revise draft APA (.50); conference with Julie Monier regarding owner's affidavit, real estate schedules (.20). | 1.00 |
| 07/22/16 | MGRE | Discuss disclosure schedules with client (.20); revise APA and disclosure schedules (2.00); discuss real estate documentation with V&E real estate team (.10). | 2.30 |
| 07/22/16 | JDNM | Conference with Matthew Greenberg on Affidavit of Property Value and Owner's Affidavit (.10); conference with Will Russ on same (.10). | 0.20 |
| 07/22/16 | BASA | Revise and distribute Asset Purchase Agreement to Jay Kanive and Ray Wallander (1.80); review diligence and update schedules (.40). | 2.20 |
| 07/25/16 | JSD | Telephone conference with Matthew Greenberg regarding FERC application (.30). | 0.30 |
| 07/25/16 | PEH | Further work on form of sale order (.80); discuss sale order | 3.10 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016        Page 11

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

| | | | |
|---|---|---|---|
| | | and status issues with client (.20); review of internal e-mails on sale documents (.20); review of filed and scheduled claims in connection with sale issues (1.80); discuss updated wind down budget with Reese O'Connor (.10). | |
| 07/25/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding Owner's Affidavit (.20); correspond with title company regarding same (.10). | 0.30 |
| 07/25/16 | MGRE | Discus Owner's Affidavit with V&E real estate team (.20); review bankruptcy filings (.40); revise disclosure schedules (.30). | 0.90 |
| 07/25/16 | WBMU | Review Sundevil's SRSG Agreement for inclusion on APA Schedules for Matthew Greenberg (.50). | 0.50 |
| 07/26/16 | PHC | Review and respond to various e-mails regarding APA and comments thereto (.50); review APA in connection therewith (.60). | 1.10 |
| 07/26/16 | JSD | Revise Beal draft of FERC application FERC application (4.00); telephone conference with Matthew Greenberg and Paul Heath regarding timing of execution of Beal APA and filing of FERC application (.30). | 4.30 |
| 07/26/16 | PEH | Review of e-mails on asset sale issues (.20); respond to Andrew Zatz on issue (.20); further work on sale order (.40); e-mail to DBR on sale hearing issues (.20); multiple additional e-mails with WC and internal team on asset sale issues (.20). | 1.20 |
| 07/26/16 | PEH | Review of draft FERC application (.90); discuss comments with John Decker and Matthew Greenberg (.30). | 1.20 |
| 07/26/16 | MGRE | Review Sundevil FERC application (.70); discuss FERC application with John Decker (.30); revise Sale Order (.80). | 1.80 |
| 07/27/16 | PHC | Call with Hunton and Williams and V&E regarding APA (.40); conferences with V&E regarding APA and comments thereto (.70); review APA in preparation for calls (.60). | 1.70 |
| 07/27/16 | JSD | Telephone conference with Trina Chandler regarding status of FERC application (.30). | 0.30 |
| 07/27/16 | PEH | Call with Steve Kortanek and Joe Argentina on sale status and hearing preparation (.40); call with client on sale status and few open issues (.40); discuss wind down budget with Reese O'Connor (.20); call with Trina Chandler in sale issues (.40); exchange of e-mails with Andrew Zatz on timing and comments (.20); review of documents (.50). | 2.10 |
| 07/27/16 | MGRE | Conference call with Ellis Butler from Hunton & Williams (.40). | 0.40 |
| 07/27/16 | RAOC | Revise wind down budget in light of new case developments | 0.40 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019        **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**

 V&E    Invoice

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:       Restructure

| | | | |
|---|---|---|---|
| | | and call with Paul Heath regarding same (.40). | |
| 07/28/16 | PHC | Various conferences with Wayzata and V&E regarding APA and regulatory filings (1.50); review and prepare comments to the same (1.70). | 3.20 |
| 07/28/16 | PEH | Call with Andrew Zatz on asset sale status (.40); call with Steve Kortanek on hearing and witness issues in connection with asset sale (.30); participate in call with Jefferies, client and DBR on asset sale hearing and needed witnesses (.50); call with client on asset sale issues (.30). | 1.50 |
| 07/29/16 | PHC | Review revised APA and Schedules (1.10); various conferences with client and V&E regarding APA, Schedules and FERC filings (2.50); prepare comments to the same (.80). | 4.40 |
| 07/29/16 | PEH | Receipt and review of revised documents including schedules received from WC (1.40); e-mails with client team on same (.20); discuss same with internal work team (.50); e-mails with Andrew Zatz on status (.20); call with client on status and outstanding issues (.40); call with client and Trina Chandler on outstanding issues (.40). | 3.10 |
| 07/29/16 | MTDO | Analyze current draft of agreement and disclosure schedules (.30); review permitting documents in data room (.30); search EPA permitting databases and review results (.30); discuss same with corporate team (.10). | 1.00 |
| 07/29/16 | MGRE | Call with V&E corporate team to discuss revised transaction documents (.50); review revised APA (.50); review revised disclosure schedules (.50); review revised Sale Order (.20); discuss FERC filing with V&E team (.20); correspondence with client regarding disclosure schedules (.20); discuss environmental permits with V&E environmental team (.30). | 2.40 |
| 07/29/16 | BASA | Review revised Asset Purchase Agreement and schedules thereto (1.00); discuss revisions to Asset Purchase Agreement with Trina Chandler, Paul Heath and Matthew Greenberg (2.00); prepare issues list summarizing key points raised in revised drafts (1.00). | 4.00 |
| 07/30/16 | PEH | Review of revisions received from WC on sale order and prior pleadings in connection therewith (.90). | 0.90 |

| | |
|---|---|
| **Total** | **$139,033.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    August 16, 2016    Page 13

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Summary of services - Asset Disposition**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| SMBE | Sean M. Becker | 0.80 | 690.00 | 552.00 |
| PHC | Petrina H. Chandler | 53.10 | 995.00 | 52,834.50 |
| JSD | John S. Decker | 9.50 | 830.00 | 7,885.00 |
| MTDO | Matthew T. Dobbins | 2.60 | 525.00 | 1,365.00 |
| ASF | Alexander S. Farr | 1.30 | 575.00 | 747.50 |
| MGRE | Matthew A. Greenberg | 19.40 | 540.00 | 10,476.00 |
| PEH | Paul E. Heath | 27.60 | 860.00 | 23,736.00 |
| NWI | Neil W. Imus | 2.40 | 890.00 | 2,136.00 |
| SMJA | Stephen M. Jacobson | 0.80 | 830.00 | 664.00 |
| DKO | Devika Kornbacher | 0.70 | 665.00 | 465.50 |
| JLMC | Jason L. McIntosh | 5.00 | 795.00 | 3,975.00 |
| JDNM | Julie d. Monier | 0.90 | 445.00 | 400.50 |
| WBMU | William B. Murdock | 8.60 | 365.00 | 3,139.00 |
| RAOC | Reese A. O'Connor | 0.50 | 440.00 | 220.00 |
| WRRU | Will R. Russ | 6.70 | 640.00 | 4,288.00 |
| BASA | Brittany A. Sakowitz | 36.30 | 630.00 | 22,869.00 |
| BTSM | Barry T. Smitherman | 0.50 | 995.00 | 497.50 |
| SBS | Susan B. Snyder | 3.50 | 795.00 | 2,782.50 |
| **Total** | | **180.20** | | **139,033.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019       **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Fee/Employment Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/08/16 | PEH | Work on V&E monthly fee statement (.70). | 0.70 |
| 07/11/16 | PEH | Work on V&E monthly fee statement (.40). | 0.40 |
| 07/12/16 | PEH | E-mails from fee examiner (.10). | 0.10 |
| 07/14/16 | PEH | Further work on V&E monthly fee statement (.40); e-mails with Steve Kortanek on fee process (.20). | 0.60 |
| 07/15/16 | PEH | Work on V&E fee issues to address matters raised by UST (.50). | 0.50 |
| 07/21/16 | PEH | Receipt and review of fee examiner's report (.30); e-mail to internal team at examiner's request on form of time entries (.20). | 0.50 |
| 07/25/16 | PEH | Call with fee examiner on draft report (.30); further review of June V&E fee statement (.50); e-mails with work team on June V&E fee statement (.20). | 1.00 |
| 07/26/16 | PEH | Work on finalizing monthly fee statement (.40); e-mail on UST comment (.10); discuss same and new fee application with Reese O'Connor (.20). | 0.70 |
| 07/26/16 | RAOC | Call and e-mail correspondence with Paul Heath regarding blended rate issues raised by U.S. Trustee in connection with V&E interim fee application (.20). | 0.20 |
| 07/27/16 | PEH | Work on July V&E fee estimate at request of lender (.50); e-mail with Andrew Zatz regarding same (.10); obtain and review additional data for UST (.20); discuss same with Reese O'Connor (.10). | 0.90 |
| 07/27/16 | RAOC | Address blended rate issue raised by U.S. Trustee in connection with V&E interim fee application and correspond with Paul Heath and A. Gilbert regarding same (.50). | 0.50 |
| 07/28/16 | PEH | Finalize additional information of blended rate for UST and discuss same with Steve Kortanek (.50). | 0.50 |
| 07/29/16 | RAOC | Draft V&E June monthly fee application and correspond with Paul Heath regarding same (1.40). | 1.40 |
| 07/30/16 | PEH | Review and revise V&E third interim fee application (.50). | 0.50 |
| 07/30/16 | RAOC | E-mail correspondence with Paul Heath regarding June | 0.10 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



| | | |
|---|---|---|
| **Client/Matter Number** | SUN064 64000 | |
| **Invoice Number** | 25533867 | |
| **Billing Attorney** | Paul E. Heath | |

Re:      Restructure

|  |  | monthly fee application (.10). | |
|---|---|---|---|
| 07/31/16 | RAOC | Revise June monthly fee application for Paul Heath (.30). | 0.30 |

| **Total** | **$6,604.00** |
|---|---|

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**  August 16, 2016          Page 16

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Summary of services - Fee/Employment Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 6.40 | 860.00 | 5,504.00 |
| RAOC | Reese A. O'Connor | 2.50 | 440.00 | 1,100.00 |
| **Total** | | **8.90** | | **6,604.00** |

---

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**Sundevil Power Holdings, LLC**   August 16, 2016          Page 17

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Non-Working Travel**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/14/16 | PHC | NO CHARGE:  Travel to meeting with RFP party (4.00). | 4.00 |
| 07/14/16 | BASA | NO CHARGE:  Travel to meeting with RFP party (4.00). | 4.00 |

| | |
|---|---|
| **Total** | **$0.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

  Invoice

**Sundevil Power Holdings, LLC**  August 16, 2016        Page 18

|  | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Summary of services - Non-Working Travel**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PHC | Petrina H. Chandler | 4.00 | 0.00 | 0.00 |
| BASA | Brittany A. Sakowitz | 4.00 | 0.00 | 0.00 |
| **Total** | | **8.00** | | **0.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**


# Invoice

**Sundevil Power Holdings, LLC**  August 16, 2016          Page 19

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through July 31, 2016:**

**Re:  Financing/Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/25/16 | PEH | Review of most recent DIP amendment and need for additional amendments and extension (.50); e-mail to client and work team on DIP status (.10). | 0.60 |
| 07/25/16 | NCA | Conference call with Drinker Biddle regarding consent and waiver (.30); review DIP Credit Agreement regarding necessary extensions and consents (.50). | 0.80 |
| 07/26/16 | PEH | Further review of needed DIP waiver (.20); e-mail with Noelle Alix regarding same (.10); e-mail with Kelly Aubrey on waiver (.10). | 0.40 |
| 07/27/16 | NCA | Conference call with Paul Heath regarding DIP waiver/extension (.20); review DIP Agreement (.50); draft July 2016 Waiver and Consent (.60). | 1.30 |
| 07/29/16 | PEH | Review of revised waiver on DIP facility (.20). | 0.20 |
| **Total** | | | **$2,901.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 V&E  Invoice

**Sundevil Power Holdings, LLC** August 16, 2016          Page 20

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Summary of services - Financing/Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| NCA | Noelle C. Alix | 2.10 | 890.00 | 1,869.00 |
| PEH | Paul E. Heath | 1.20 | 860.00 | 1,032.00 |
| **Total** | | **3.30** | | **2,901.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016    Page 21

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Disbursements and other charges posted through July 31, 2016:**

**Travel**

| | | | |
|---|---|---|---:|
| 07/11/16 | BASA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/11/2016 Airfare American Airlines - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. for SAKOWITZ/BRITTANY Route: Phoenix to Milwaukee on 07/14/2016 - 0 8/14/2016 | 31.83 |
| 07/11/16 | BASA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/11/2016 Airfare American Airlines - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. for SAKOWITZ/BRITTANY Route: PHX to Milwauhkee on 07/14/2016 - 08/1 4/2016 | 556.10 |
| 07/12/16 | BASA | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/12/2016 Sedan Services EXECUCAR AFFILIATES SCOTTSDALE AZ - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. - Sedan Service from Milwaukee airport to Ma dison, WI. | 186.13 |
| 07/14/16 | PHC | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013419402 DATE: 7/25/2016   07/14/2016 Taxi AAA TAXI 0327 090115 PHOENIX AZ - Cab to meeting with clients in Phoenix. | 20.59 |
| 07/14/16 | BASA | VENDOR: Emp_Pd ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/14/2016 Taxi Uber - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. | 83.57 |
| 07/14/16 | BASA | VENDOR: Emp_Pd ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/14/2016 Taxi Uber - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. | 20.51 |
| 07/14/16 | BASA | VENDOR: Emp_Pd ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/14/2016 Airfare United Airlines - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. for Brittany Sakowitz Route: Houston to Phoenix on 07/14/2016 - 08/14 /2016 | 363.00 |
| 07/14/16 | BASA | VENDOR: Emp_Pd ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/14/2016 Airfare United Airlines - Trip to Phoenix to attend meeting regarding Sundevil and a potential bid. for Brittany Sakowitz Route: Houston to Phoenix on 07/14/2016 - 08/14 /2016 | 83.00 |
| 07/14/16 | BASA | VENDOR: Emp_Pd ChromeRiver INVOICE#: CE010013633477 DATE: 8/9/2016   07/14/2016 Agency Fees - Other United - Change Fee. for Brittany Sakowitz | 200.00 |
| | Travel | | $1,544.73 |

**Filing Fees**

| | | | |
|---|---|---|---:|
| 07/01/16 | DRLY | VENDOR: Latitude Technologies Inc; INVOICE#: 16075036; DATE: 7/1/2016- Package filings for the period 6/1/16 through 6/30/16 | 2,338.20 |
| | Filing Fees | | $2,338.20 |

| | |
|---|---:|
| **Total** | **$3,882.93** |
| **Total disbursements and other charges** | **$3,882.93** |
| **Total fees, all matters** | **$151,172.00** |
| **Total disbursements and other charges, all matters** | **$3,882.93** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**



V&E | Invoice

**Sundevil Power Holdings, LLC**   August 16, 2016                Page 22

**Client/Matter Number**   SUN064 64000
**Invoice Number**         25533867
**Billing Attorney**       Paul E. Heath

Re:      Restructure

## Summary of Services

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| SMBE | Sean M. Becker | Partner | 0.80 | 690.00 | 552.00 |
| PHC | Petrina H. Chandler | Partner | 57.10 | 925.00 | 52,834.50 |
| JSD | John S. Decker | Partner | 9.50 | 830.00 | 7,885.00 |
| PEH | Paul E. Heath | Partner | 37.70 | 860.00 | 32,422.00 |
| NWI | Neil W. Imus | Partner | 2.40 | 890.00 | 2,136.00 |
| SMJA | Stephen M. Jacobson | Partner | 0.80 | 830.00 | 664.00 |
| DKO | Devika Kornbacher | Partner | 0.70 | 665.00 | 465.50 |
| BTSM | Barry T. Smitherman | Partner | 0.50 | 995.00 | 497.50 |
| SBS | Susan B. Snyder | Partner | 3.50 | 795.00 | 2,782.50 |
| NCA | Noelle C. Alix | Counsel | 2.10 | 890.00 | 1,869.00 |
| MTDO | Matthew T. Dobbins | Associate | 2.60 | 525.00 | 1,365.00 |
| ASF | Alexander S. Farr | Associate | 1.30 | 575.00 | 747.50 |
| MGRE | Matthew A. Greenberg | Associate | 19.40 | 540.00 | 10,476.00 |
| JLMC | Jason L. McIntosh | Associate | 5.00 | 795.00 | 3,975.00 |
| JDNM | Julie d. Monier | Associate | 0.90 | 445.00 | 400.50 |
| WBMU | William B. Murdock | Associate | 8.60 | 365.00 | 3,139.00 |
| RAOC | Reese A. O'Connor | Associate | 4.10 | 440.00 | 1,804.00 |
| WRRU | Will R. Russ | Associate | 6.70 | 640.00 | 4,288.00 |
| BASA | Brittany A. Sakowitz | Associate | 40.30 | 567.00 | 22,869.00 |
| **Total** | | | **204.00** | | **$151,172.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

# Vinson&Elkins

# Invoice

August 16, 2016

**Sundevil Power Holdings, LLC**
701 E. Lake St., Suite 300
Wayzata, MN  55391

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25533867 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

---

## REMITTANCE COPY

| | |
|---|---|
| Fees for services posted through July 31, 2016 | $151,172.00 |
| Disbursements and other charges posted through July 31, 2016 | 3,882.93 |

---

| | |
|---|---|
| **Total Invoice** | **$155,054.93** |

**Please return this page with your payment**

**Total amount (payable in U.S. dollars) due by September 15, 2016**

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**