UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 16-10369 (KJC) |
| | Chapter 11 |
| Sundevil Power Holdings, LLC, *et al.*, | |
| | (Jointly Administered) |
| Debtors.[1] | |
| | **Related Docket No. 276 & 279** |

ORDER GRANTING DEBTORS' MOTION TO SHORTEN TIME REGARDING NOTICE AND HEARING AND SHORTENED NOTICE REGARDING THE DEBTORS' MOTION FOR AN INTERIM AND FINAL ORDER (A) APPROVING A SECOND EXTENSION OF THE MATURITY DATE AND MILESTONE MODIFICATIONS UNDER THE SENIOR SECURED SUPERPRIORITY DEBTOR-IN-POSSESSION CREDIT AGREEMENT AND
(B) SUPPLEMENTING THE FINAL DIP ORDER PURSUANT TO 11 U.S.C. § 364

Upon the Motion to Shorten[2] of the Debtors for entry of an order providing that the applicable notice period for the *Debtors' Motion for an Interim and Final Order (A) Approving a Second Extension of the Maturity Date and Milestone Modifications Under the Senior Secured Superpriority Debtor-in-Possession Credit Agreement and (B) Supplementing the Final DIP Order Pursuant to 11 U.S.C. § 364* be shortened pursuant to Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware; and the Court having determined that granting the relief requested in the Motion to Expedite is in the best interests of the Debtors, their estates and creditors and other parties in interest; and it appearing that due and adequate notice of the Motion to Expedite has been given under the circumstances, and that no other or further notice need be given; and after

---

[1] The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777). The Debtors' service address is: 701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

[2] Capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion to Shorten.

86353226.1

due deliberation and sufficient cause appearing therefor, it is hereby ordered that:

1. The Motion to Shorten is granted.

2. A hearing on the Motion shall be conducted in the Court on August 23, 2016 at 2:30 p.m. (the "Hearing")

3. Written responses and objections to the Motion may be made orally at the Hearing, and any written responses and objections may be filed at any time prior to the Hearing.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: August __22__, 2016

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

86353226.1