UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Sundevil Power Holdings, LLC, *et al.*,<br><br>　　　　Debtors.[2] | Case No. 16-10369 (KJC)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**Related Docket No. 255** |

## ORDER GRANTING DEBTORS' SECOND MOTION FOR AN ORDER EXTENDING THE EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A PLAN PURSUANT TO 11 U.S.C. § 1121(d)

Upon the Debtors' Second Motion for an Order Extending the Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Plan Pursuant to 11 U.S.C. § 1121(d) (the "Motion");[3] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors and all parties-in-interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ordered that:

---

[2]　The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777). The Debtors' service address is: 701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

[3]　Capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.

86359217.1

1. The Motion is granted.

2. The Plan Period is hereby further extended through and including October 7, 2016, and the Solicitation Period is hereby further extended through and including December 16, 2016.

3. Nothing herein shall be construed to limit the Debtors' right to seek further extensions of time under 11 U.S.C. § 1121.

4. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated: August 23, 2016

The Honorable Kevin J. Carey
United States Bankruptcy Judge