**Exhibit B**

**Invoice**

# Vinson&Elkins

# Invoice

September 26, 2016

**Sundevil Power Holdings, LLC**
701 E. Lake St., Suite 300
Wayzata, MN  55391

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Fees for services posted through August 31, 2016:**

**Re:  Asset Disposition**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 07/29/16 | JSD | Provide comments on Beal draft of FERC application (2.00). | 2.00 |
| 08/01/16 | PHC | Review revised APA and ancillary documents (.90); review and revise issues list (.30); conferences with V&E team regarding issues list (.40); conferences with client team (.40). | 2.00 |
| 08/01/16 | PEH | Further review of revised WC draft of documents in order to add to issues list (.90); e-mail on issues list (.20); e-mails from client on sale issues (.40); call with client team and Trina Chandler on sale issues (.40). | 1.90 |
| 08/01/16 | JLMC | Confer with Brittany Sakowitz and VE team on tax issues (.30); review and revise APA and schedules (.90). | 1.20 |
| 08/01/16 | MGRE | Conduct due diligence (.20). | 0.20 |
| 08/01/16 | BASA | Revise and distribute issues list (1.00); discuss open items with Trina Chandler and Matthew Greenberg (.40); discuss revisions to tax provisions with Jason McIntosh by e-mail and phone (.30); review TEP Cost Reimbursement Agreement and e-mails related thereto (.30). | 2.00 |
| 08/02/16 | PHC | Conference with client team regarding APA (.60). | 0.60 |
| 08/02/16 | PEH | E-mails with client and work team on asset sale call with Beal (.10); discuss Wind Down budget with Reese O'Connor (.10). | 0.20 |
| 08/02/16 | JLMC | Review and revise APA on tax issues (.30). | 0.30 |
| 08/02/16 | MTDO | Review responses to permitting questions from client (.20); discuss scheduling issues with Matt Greenberg (.10) | 0.30 |
| 08/02/16 | MGRE | Review environmental permits with Matt Dobbins (.10). | 0.10 |
| 08/02/16 | RAOC | Revise wind down budget (.90); correspond with Paul Heath regarding same (.10). | 1.00 |
| 08/03/16 | PHC | Conferences with V&E team and White & Case regarding APA and related documents (.60); prepare for same (.60); review and revise APA (.90). | 2.10 |
| 08/03/16 | PEH | Discuss status of asset sale with client (.20); call with work team, client and buyer team on finalizing sale issues (.60); follow up call with Andrew Zatz (.30); brief review of changes and e-mail to work team regarding same (.40). | 1.50 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    September 26, 2016    Page 2

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

| 08/03/16 | MTDO | Confer with corporate team regarding permit schedules (.10); search Arizona environmental databases for permitting issues (.10); review revised environmental and permit schedules (.20). | 0.40 |
|---|---|---|---|
| 08/03/16 | MGRE | Prepare for conference call with White & Case, Beal and client (.50); conference call with White & Case, Beal and client (.60); revise disclosure schedules (.50). | 1.60 |
| 08/03/16 | RAOC | Revise wind down budget (.30); discuss same with Paul Heath (.10); e-mail correspondence with Justin Alberto regarding same (.10). | 0.50 |
| 08/03/16 | BASA | Participate in discussion regarding issues list with Andrew Zatz, Matthew Greenberg, Trina Chandler, Paul Heath and other members of the working group (.60); revise and distribute draft of Asset Purchase and Sale Agreement (1.40); revise and distribute Assignment and Assumption Agreement (.50); revise and distribute Special Warranty Deed (.50); discuss comments via e-mail with Paul Heath and Matthew Greenberg (.40). | 3.40 |
| 08/04/16 | PHC | Review and revise APA and ancillary documents (2.40); conferences with Matthew Greenberg and Brittany Sakowitz regarding the same (.60); conference with team regarding signing documents (.90). | 3.90 |
| 08/04/16 | JSD | Finalize comments on FERC application for Beal's FERC counsel (2.00). | 2.00 |
| 08/04/16 | PEH | Multiple e-mails with client team, client, DBR and WC on scheduling of hearing and open issues on asset sale (.70); call with Steve Kortanek on scheduling as asset sale (.30); call with client regarding same (.20); review of revised sale documents and schedules (.50); call with Matthew Greenberg on schedules issue (.20). | 1.90 |
| 08/04/16 | WRRU | Review and revise owner's affidavit and special warranty deed (.70); correspond with Julie Monier, Brittany Sakowitz and Matthew Greenberg regarding related revisions and issues (.30); review deal correspondence, including revised transaction documents (.50). | 1.50 |
| 08/04/16 | MTDO | Review comments from company to permit schedules (.10); review Title V permit (.20). | 0.30 |
| 08/04/16 | MGRE | Finalize owner's affidavit (.50); review and revise real property appendices (1.00); prepare signature pages (.30); discuss W&C comments to deed with Will Russ and Brittany Sakowitz (.30); review Sundevil purchase order schedule (.50); revise APA exhibits (2.00); revise disclosure schedules (.50). | 5.10 |

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

| | **Sundevil Power Holdings, LLC** | September 26, 2016 | Page 3 |
|---|---|---|---|

| | **Client/Matter Number** | SUN064 64000 |
|---|---|---|
| | **Invoice Number** | 25538839 |
| | **Billing Attorney** | Paul E. Heath |

Re:      Restructure

| 08/04/16 | JDNM | Review Owner's Affidavit and correspond with Title Company on same (.50); conference with Matthew Greenberg on appendixes and review appendix drawings (.30). | 0.80 |
|---|---|---|---|
| 08/04/16 | BASA | Revise and distribute to White & Case revised appendices and schedules to the Asset Purchase and Sale Agreement (3.30); revise and distribute Asset Purchase Agreement (1.60); discuss material contracts with Trina Chandler and Matthew Greenberg (.50). | 5.40 |
| 08/04/16 | WBMU | Review contracts to be assumed in APA (.80). | 0.80 |
| 08/05/16 | PHC | Review and revise APA and related signing documents (.80); conferences with V&E regarding the same (.50); conferences with client (.70). | 2.00 |
| 08/05/16 | PEH | Call with client on status of sale (.10); call with Steve Kortanek on scheduling and open issues (.20); receipt and review of multiple e-mails throughout day on final documents, hearing scheduling and signing (.90). | 1.20 |
| 08/05/16 | WRRU | Review and revise special warranty deed (.40); review deal correspondence (.30). | 0.70 |
| 08/05/16 | JLMC | Review and confer regarding purchase price allocation (.40). | 0.40 |
| 08/05/16 | MGRE | Discuss contract notices with Drinker Biddle (.40); draft and revise resolutions (.70); review purchase price allocation (.20); discuss purchase price allocation with V&E tax specialist (.40); review GBOC joinder and real property appendices (.50); discuss GBOC joinder and real property appendices with Hunton & Williams (.30); review previously filed contract notices (.50); review W&C revised drafts of APA and exhibits (.80). | 3.80 |
| 08/05/16 | BASA | Review tax allocation and correspondence regarding same (.50); discuss open items in the Joinder, Affidavit and Asset Purchase and Sale Agreement with Andrew Zatz and other members of the working group (1.50). | 2.00 |
| 08/05/16 | WBMU | Review and revise Sundevil resolutions authorizing APA (.50). | 0.50 |
| 08/06/16 | PHC | Conference with client regarding APA and signing documents (.40). | 0.40 |
| 08/06/16 | PEH | Review of revised documents received at end of the day on Friday from WC (.70); e-mails with internal team and client on resovling few remaining issues (.40). | 1.10 |
| 08/06/16 | MGRE | Discuss purchase price allocation with client (.20); revise resolutions (.30). | 0.50 |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**   September 26, 2016   Page 4

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

## Re:     Restructure

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/06/16 | BASA | Revise and distribute Written Consent of Manager with respect to Asset Purchase and Sale Agreement and Exhibits thereto (.90). | 0.90 |
| 08/07/16 | PHC | Review open issues in APA (.80); conferences regarding APA and signing documents (.50); prepare comments to same (.90). | 2.20 |
| 08/07/16 | PEH | E-mails with internal team on final issues with WC and Beal (.30). | 0.30 |
| 08/07/16 | MGRE | Call with Andrew Zatz (White & Case) and Brittany Sakowitz (V&E) to discuss transaction documents (.70); comment on Asset Purchase Agreement (.20); discuss Assigned Contracts with Brittany Sakowitz (.70); discuss GBOC joinder with Hunton & Williams (.30); review Hunton and Williams comments on transaction documents (.50); revise APA exhibits (1.00). | 3.40 |
| 08/07/16 | BASA | Discuss open points in Asset Purchase and Sale Agreement and Exhibits thereto with Matthew Greenberg and Andrew Zatz (.70); correspond by e-mail with Matthew Greenberg and Andrew Zatz regarding open points (1.80); revise and distribute Asset Purchase and Sale Agreement and Exhibits thereto (1.00). | 3.50 |
| 08/08/16 | SBS | Review information regarding Phase I matters (.30). | 0.30 |
| 08/08/16 | PHC | Conferences with client and V&E team regarding APA rep bring down and signing docs (.50); review and revise APA (.90); review and revise ancillary signing documents (1.10); calls with client regarding open issues (.90). | 3.40 |
| 08/08/16 | PEH | Review of internal and client e-mails on bring down calls and open issues (.50); participate in part of internal/client bring down call (.50); calls with client on open asset sale issues (.40). | 1.40 |
| 08/08/16 | WRRU | Conference with Matthew Greenberg regarding title and survey issues (.20); review related data room files and confirm against record title (.40); review revised real estate closing documents and related correspondence (.40). | 1.00 |
| 08/08/16 | JLMC | Prepare for and attend conference call regarding purchase price allocation (.20). | 0.20 |
| 08/08/16 | MTDO | Confer with environmental and corporate teams regarding scheduling and permit issues (.20). | 0.20 |
| 08/08/16 | MGRE | Discuss purchase order report with W&C (.30); revise disclosure schedules (.70); client bringdown call with client (.50); discuss updates to purchase order schedule with client | 3.60 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019       **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   **www.velaw.com**

 Invoice

Sundevil Power Holdings, LLC    September 26, 2016    Page 5

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

| | | | |
|---|---|---|---|
| | | (.20); review updated purchase order report (.70); revise APA (.30); revise resolutions (.70); call with client to discuss purchase price allocation (.20). | |
| 08/08/16 | RAOC | Revise wind down budget and correspond with Paul Heath and client regarding same (.20). | 0.20 |
| 08/08/16 | RAOC | Correspond with Matthew Greenberg regarding resolution form (.10); review form of resolutions filed with petition (.20). | 0.30 |
| 08/08/16 | BASA | Conferences with Andrew Zatz regarding Asset Purchase and Sale Agreement and Exhibits thereto (2.30); review and revise Asset Purchase and Sale Agreement and Exhibits thereto (3.50); distribute revised drafts to working group (.20); confer with internal team and client regarding representations and warranties and open points in Asset Purchase and Sale Agreement and Exhibits thereto (.50). | 6.50 |
| 08/08/16 | WBMU | Attend bring-down call with VE and client (.50); review updated APA schedules (.30). | 0.80 |
| 08/08/16 | ADVE | Request good standing certificates from Delaware for Sundevil Power Holdings, LLC and Gila Bend Operations Co., LLC (.30). | 0.30 |
| 08/09/16 | PHC | Review FERC application (1.10); review APA and ancillary signing documents (1.20); conferences with V&E team and client regarding the same (1.50). | 3.80 |
| 08/09/16 | PEH | Calls with Andrew Zatz on finalizing document and in particular FERC issues (.30); multiple e-mails with Andrew Zatz regarding same (.50); calls and e-mails with client and internal team on resolving remaining APA issues and signing mechanics (1.20). | 2.00 |
| 08/09/16 | MGRE | Discuss signing protocol with client (.20); discuss FERC filings with John Decker (.30); prepare final versions of transaction documents (.30). | 0.80 |
| 08/09/16 | BASA | Discuss open items regarding signing with J. Kanive, Paul Heath, Trina Chandler and Matthew Greenberg (1.50); review correspondence from Paul Heath and John Decker regarding FERC application (.50); correspond with Andrew Zatz regarding closing documents and execution versions (.50); correspondence regarding closing deadline for DIP (.20); revisions to closing documents in accordance therewith (.30). | 3.00 |
| 08/09/16 | WBMU | Prepare final build out of APA and schedules for execution (2.50). | 2.50 |
| 08/10/16 | SBS | Review environmental notices of violation for potential magnitude and review updated schedules regarding same | 1.20 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    September 26, 2016    Page 6

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

| | | | |
|---|---|---|---|
| | | (1.20). | |
| 08/10/16 | PHC | Various conferences with client regarding remaining open issues for signing (1.10); review and revise APA, FERC filing and ancillary signing documents (.90); conferences with V&E team regarding the same (.40). | 2.40 |
| 08/10/16 | JSD | Review Beal's revisions to FERC application (.60); coordinate final steps for filing application (.90). | 1.50 |
| 08/10/16 | PEH | Call with Steve Kortanek and signing and filing (.30); multiple calls with client on resolution of remaining issues including FERC and environmental (.40); multiple e-mails with internal team, DBR and WC on finalizing documents and pleadings (.70); call with John Decker on FERC filings (.20); calls with Matthew Greenberg on resolution of remaining issues (.30). | 1.90 |
| 08/10/16 | MTDO | Review comments to disclosure schedules from Seller (.30); review notes on air emission excess emission events (.30); discuss same with Sue Snyder (.20); review notices of violation and related documentation received from corporate (.70). | 1.50 |
| 08/10/16 | MGRE | Review correspondence regarding environmental permits (.30); discuss environmental permits with Matt Dobbins (.40); revise disclosure schedules (1.50); prepare signature pages (.20); prepare executed versions of transaction documents and circulate to working group (1.80); discuss bankruptcy court filings regarding APA signing with Drinker Biddle and client (.50); prepare transaction documents to be filed with the bankruptcy court (.50). | 5.20 |
| 08/10/16 | BASA | Review and respond to correspondence with client regarding execution of Sundevil Purchase Agreement (1.50). | 1.50 |
| 08/10/16 | WBMU | Prepare final executed build-out of APA and associated schedules and appendices (.50). | 0.50 |
| 08/11/16 | PHC | Conferences with client regarding APA filing (.30); review the same (.40). | 0.70 |
| 08/11/16 | JSD | Give final sign off to Beal's FERC counsel to file application (.30). | 0.30 |
| 08/11/16 | PEH | Review of APA filing (.30); e-mails with Andrew Zatz on a few follow up issues (.20); call with client on next steps towards hearing and closing (.30). | 0.80 |
| 08/12/16 | PHC | Calls with clients on next steps (.30). | 0.30 |
| 08/12/16 | PEH | E-mails with Andrew Zatz on noticing (.20); call with client on status and next steps (.20). | 0.40 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019    **Tel** +1.713.758.2222    **Fax** +1.713.758.2346    **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    September 26, 2016                    Page 7

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

| | | | |
|---|---|---|---|
| 08/12/16 | MGRE | Discuss FERC filing with John Decker (.20). | 0.20 |
| 08/12/16 | WBMU | Prepare final executed versions of deal documents for post-signing filing (.80). | 0.80 |
| 08/15/16 | PEH | Call with client on TEP issue (.20); e-mail with Steve Kortanek on TEP issue (.10). | 0.30 |
| 08/16/16 | MJT | Initial discussion with Matthew Greenberg regarding FCC license transfer requirements (.50); initial review of background documents (.50). | 1.00 |
| 08/16/16 | PHC | Calls with client regarding closing items (.40); conference regarding FERC filing (.40). | 0.80 |
| 08/16/16 | PEH | Review and respond to multiple e-mails from Andrew Zatz, Steve Kortanek and client on sale hearing issues and wind down budget issues (.70). | 0.70 |
| 08/16/16 | DMPA | Telephone conference with Matthew Greenberg regarding FCC licensing requirements (.30); research (.50); e-mail information to the attorney team (.20). | 1.00 |
| 08/16/16 | MGRE | Discuss FCC license transfer with V&E FCC specialists (.30). | 0.30 |
| 08/16/16 | RAOC | Call with Garden City Group regarding wind down budget (.10); correspond with Kelly Aubrey regarding same (.10); correspond with Garden City Group regarding same (.10); further revisions to down budget (.50); correspond with Andrew Zatz regarding same (.10); correspond with Joe Argentina regarding same (.10). | 1.00 |
| 08/17/16 | MJT | Research FCC requirements for approval of license transfer where entity owns 50% controlling interest (2.10); telephone conference with Matthew Greenberg (.30). | 2.40 |
| 08/17/16 | PHC | Calls with client to discuss bankruptcy filings and next steps (.60); review the same (.30). | 0.90 |
| 08/17/16 | PEH | E-mails with Andrew Zatz, Steve Kortanek and client on sale hearing and objection issues (.80); participate in call with WC, DBR and client on sale hearing preparation (.60); respond to issues on proposed wind down budget (.30); review of buyer's draft declaration (.20). | 1.90 |
| 08/17/16 | MGRE | Call with White & Case to discuss bankruptcy filings (.50); discuss FCC license transfer with V&E FCC specialist (.20); review correspondence from FCC attorney regarding APA (.20). | 0.90 |
| 08/17/16 | RAOC | Correspond with Joe Argentina regarding wind down budget | 0.20 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 V&E  Invoice

**Sundevil Power Holdings, LLC**  September 26, 2016    Page 8

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

| | | | |
|---|---|---|---|
| | | (.10); review e-mail from Joe Argentina regarding FCC license issue (.10). | |
| 08/18/16 | PEH | E-mails with Andrew Zatz, Steve Kortanek and client on sale issues including resolution of formal and informal objections (.60); call with Steve Kortanek regarding same (.30); review of UST comments to sale order (.30); review of objection from EPA (.30). | 1.50 |
| 08/19/16 | PHC | Communications with client regarding TEP matters (.20); conferences with client regarding other closing matters (.40). | 0.60 |
| 08/19/16 | PEH | E-mails with client on TEP resolution (.20); e-mails with Andrew Zatz and Steve Kortanek on sale hearing issues (.50); review of additional changes to sale order (.40); call with Steve Kortanek on sale issues (.20). | 1.30 |
| 08/22/16 | PEH | Call with Steve Kortanek on sale hearing issues (.40); call with Andrew Zatz regarding same (.40); call with client on sale status (.20); review of e-mails to UST, WC and others in advance of sale hearing (.30). | 1.30 |
| 08/23/16 | PEH | Review of revised sale order in advance of hearing (.30); call with client on hearing results (.20); call with Steve Kortanek regarding same and next steps (.40); review of e-mails from Steve Kortanek and Andrew Zatz in advance of hearing (.20); review of e-mails from TEP's counsel on FCC status and e-mail internal team regarding same (.20). | 1.30 |
| 08/23/16 | MGRE | Prepare internal summary of required FCC license transfer applications (1.00). | 1.00 |
| 08/23/16 | BASA | Review sale order and documents related thereto (.20); correspond regarding required consents with Matthew Greenberg and Paul Heath (.90). | 1.10 |
| 08/23/16 | WBMU | Research Gila River Power LLC entity history (.30). | 0.30 |
| 08/24/16 | PHC | Call with John Decker on FERC status (.20); conferences with client on FERC status (.20). | 0.40 |
| 08/24/16 | JSD | Telephone conference with Paul Heath regarding status of FERC approvals (.20). | 0.20 |
| 08/24/16 | PEH | Call with John Decker on regulatory status (.20); call with client regarding same (.20); e-mails on sale issues from RLF and client (.30). | 0.70 |
| 08/24/16 | DMPA | Telephone conference with Matthew Greenberg to confirm correct FRN (.20). | 0.20 |
| 08/24/16 | MGRE | Review closing checklist to identify current action items (.50); | 0.80 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**  September 26, 2016    Page 9

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

| | | | |
|---|---|---|---|
| | | research FCC license information for client (.30). | |
| 08/25/16 | PHC | Prepare for calls with V&E and asset manager regarding closing matters (.60); participate in calls with V&E and asset manager regarding closing matters (.50). | 1.10 |
| 08/25/16 | JSD | Participate in telephone conference with Kelson concerning transition issues (.50). | 0.50 |
| 08/25/16 | PEH | E-mails on sale closing with internal team (.20). | 0.20 |
| 08/25/16 | MGRE | Prepare for call with asset manager to discuss closing steps (.70); call with asset manager to discuss closing steps (.50); facilitate closing checklist call (.20). | 1.40 |
| 08/26/16 | PHC | Review and revise closing checklist (.60). | 0.60 |
| 08/26/16 | PEH | Receipt and review of closing checklist received from WC (.40); client and internal e-mails on closing checklist (.20). | 0.60 |
| 08/26/16 | MGRE | Update closing checklist (1.00). | 1.00 |
| 08/26/16 | BASA | Confer with Andrew Zatz regarding closing items and timeline (.40); draft e-mail to working group regarding closing updates (.20). | 0.60 |
| 08/26/16 | WBMU | Revise closing checklist (1.00). | 1.00 |
| 08/28/16 | WBMU | Review and revise closing checklist (.30). | 0.30 |
| 08/29/16 | PHC | Prepare for call regarding closing checklist (.90); participate in call regarding closing checklist (.40). | 1.30 |
| 08/29/16 | PEH | Call with Andrew Zatz on El Paso LOC draw, issues of sale closing and case wind down (.50); call with Brittany Sakowitz and Matthew Greenberg on sale closing issues (.20); participate in part of call with WC on closing checklist (.20); internal e-mails regarding sale closing (.10). | 1.00 |
| 08/29/16 | MGRE | Prepare for call with White & Case to discuss closing checklist (1.30); call with White & Case to discuss closing checklist (.40); discuss pre-closing action items with V&E specialists (.70); summarize required third party consents (1.00). | 3.40 |
| 08/29/16 | BASA | Discuss closing items with Matthew Greenberg and Paul Heath (1.50); participate in closing discussion with working group representatives from White & Case, Vinson & Elkins, and Kelson Energy (.40). | 1.90 |
| 08/29/16 | WBMU | Prepare closing checklist in preparation for closing checklist call (1.00); closing checklist conference call (.50). | 1.50 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**  September 26, 2016    Page 10

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

| | | | |
|---|---|---|---|
| 08/30/16 | PHC | Participate in call with client on closing status (20). | 0.20 |
| 08/30/16 | PEH | Call with client on sale closing status (.20). | 0.20 |
| 08/30/16 | WRRU | Conference with Matthew Greenberg regarding Ownership Agreement Assignment Agreement and Special Warranty Deed (.30); review related draft forms, precedent forms and correspondence (.20). | 0.50 |
| 08/30/16 | MGRE | Prepare execution versions of assignment documents (1.70); discuss recording of real property interest with V&E real estate specialist (.20). | 1.90 |
| 08/31/16 | MGRE | Discuss assignment of APS contracts with asset manager (.20); revise assignment documents (1.10); respond to White & case request for documents (.20); prepare markups for White & Case (.30). | 1.80 |

| **Total** | **$111,793.00** |
|---|---|

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    September 26, 2016    Page 11

**Client/Matter Number**    SUN064 64000
**Invoice Number**    25538839
**Billing Attorney**    Paul E. Heath

Re:    Restructure

**Summary of services - Asset Disposition**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PHC | Petrina H. Chandler | 29.70 | 995.00 | 29,551.50 |
| JSD | John S. Decker | 6.50 | 830.00 | 5,395.00 |
| MTDO | Matthew T. Dobbins | 2.70 | 525.00 | 1,417.50 |
| MGRE | Matthew A. Greenberg | 37.00 | 540.00 | 19,980.00 |
| PEH | Paul E. Heath | 25.60 | 860.00 | 22,016.00 |
| JLMC | Jason L. McIntosh | 2.10 | 795.00 | 1,669.50 |
| JDNM | Julie d. Monier | 0.80 | 445.00 | 356.00 |
| WBMU | William B. Murdock | 9.00 | 365.00 | 3,285.00 |
| RAOC | Reese A. O'Connor | 3.20 | 440.00 | 1,408.00 |
| DMPA | Doris M. Parker | 1.20 | 290.00 | 348.00 |
| WRRU | Will R. Russ | 3.70 | 640.00 | 2,368.00 |
| BASA | Brittany A. Sakowitz | 31.80 | 630.00 | 20,034.00 |
| SBS | Susan B. Snyder | 1.50 | 795.00 | 1,192.50 |
| MJT | Michael J. Tomsu | 3.40 | 795.00 | 2,703.00 |
| ADVE | Alicia D. Velez | 0.30 | 230.00 | 69.00 |
| **Total** | | **158.50** | | **111,793.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**Invoice**

<table>
<tr><td>Sundevil Power Holdings, LLC</td><td>September 26, 2016</td><td>Page 12</td></tr>
</table>

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through August 31, 2016:**

**Re:  Fee/Employment Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/01/16 | PEH | Review and revise second interim V&E fee application (1.10). | 1.10 |
| 08/01/16 | RAOC | Draft second interim V&E fee application (4.80); revise same (.40); review fee examiner initial report (.20); finalize monthly fee application for June 2016 and share with Steve Kortanek (.20); correspond with various case professionals regarding revised wind down budget (.20). | 5.80 |
| 08/02/16 | PEH | Finalize second interim V&E fee application (.20). | 0.20 |
| 08/02/16 | RAOC | Revise and finalize second interim V&E fee application (1.70); call with Joe Argentina regarding fee applications (.10). | 1.80 |
| 08/03/16 | PEH | Review and revise V&E July invoice (.70). | 0.70 |
| 08/03/16 | RAOC | Correspond with Greg Flasser and billing department regarding LEDES file (.10). | 0.10 |
| 08/04/16 | RAOC | Additional correspondence with Greg Flasser and billing department regarding LEDES file (.10). | 0.10 |
| 08/08/16 | PEH | Revise monthly V&E fee statement (.60). | 0.60 |
| 08/10/16 | PEH | Work on V&E monthly fee statement (.20); e-mail with Trina Chandler regarding same (.10). | 0.30 |
| 08/13/16 | PEH | Further revisions to V&E monthly fee statement (.60). | 0.60 |
| 08/15/16 | PEH | Finalize review of V&E monthly invoice (.30); review of fee examiner report (.20); e-mail internal team regarding same (.10). | 0.60 |
| 08/15/16 | RAOC | Review fee examiner report (.20). | 0.20 |
| 08/16/16 | RAOC | Correspond with Paul Heath regarding fee examiner report (.20); review Exhibit C to fee examiner report (.20); draft e-mail to Justin Alberto and Greg Flasser regarding additional time reductions for V&E second interim fee application (.10); call with Joe Argentina regarding interim fee applications and hearings thereon (.20). | 0.70 |
| 08/17/16 | RAOC | Review V&E June invoice (.10); work on V&E July monthly fee statement (1.40). | 1.50 |
| 08/18/16 | PEH | Review form of V&E monthly fee statement for filing with court (.30); discuss same with Reese O'Connor (.10). | 0.40 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



| | Sundevil Power Holdings, LLC | September 26, 2016 | Page 13 |
|---|---|---|---|

| **Client/Matter Number** | SUN064 64000 |
|---|---|
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

| 08/18/16 | RAOC | Correspond with Paul Heath regarding V&E July monthly fee application (.10); revise and finalize same (1.20); correspond with Joe Argentina regarding same (.10). | 1.40 |
|---|---|---|---|
| 08/19/16 | RAOC | Finalize V&E monthly fee statement and e-mail to Joe Argentina for filing (.20); correspond with billing department regarding electronic e-mail (.10). | 0.30 |
| 08/22/16 | RAOC | Review final report of fee examiner for V&E second interim fee application (.20). | 0.20 |
| 08/30/16 | RAOC | Correspond with Paul Heath, Joe Argentina, and billing department regarding LEDES invoices and transmit same to Joe Argentina for submission to U.S. Trustee (.20). | 0.20 |

| **Total** | **$9,282.00** |
|---|---|

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC** September 26, 2016

Page 14

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

**Summary of services - Fee/Employment Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 4.50 | 860.00 | 3,870.00 |
| RAOC | Reese A. O'Connor | 12.30 | 440.00 | 5,412.00 |
| **Total** | | **16.80** | | **9,282.00** |

---

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**Invoice**

**Sundevil Power Holdings, LLC**  September 26, 2016                    Page 15

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Fees for services posted through August 31, 2016:**

**Re:  Assumption/Rejection of Leases and Contracts**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/18/16 | PEH | E-mails and call with client and DBR on Twin Eagle rejection (.40). | 0.40 |

| **Total** | **$344.00** |
|---|---|

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC** September 26, 2016

Page 16

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Summary of services - Assumption/Rejection of Leases and Contracts**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 0.40 | 860.00 | 344.00 |
| **Total** | | **0.40** | | **344.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



| | | | | | |
|---|---|---|---|---|---|
| | | **Sundevil Power Holdings, LLC** | September 26, 2016 | Page 17 | |

**Client/Matter Number** SUN064 64000
**Invoice Number** 25538839
**Billing Attorney** Paul E. Heath

Re:     Restructure

**Fees for services posted through August 31, 2016:**

**Re:  Financing/Cash Collateral**

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 08/07/16 | NCA | Review comments to 2nd Waiver and Consent to DIP Credit Agreement (.50); e-mails with working group (.20); revise 2nd Waiver and Consent (.80); confirm authorizing resolutions regarding execution of 2nd Waiver and Consent (.30). | 1.80 |
| 08/08/16 | PEH | Call with Andrew Zatz on waiver status (.10). | 0.10 |
| 08/09/16 | PEH | E-mails with Noelle Alix and Matthew Greenberg on DIP waiver (.30). | 0.30 |
| 08/09/16 | MGRE | Discuss revised DIP waiver with Paul Heath (.30); review revised DIP waiver (.40); revise DIP waiver (.50); discuss revised DIP waiver with Noelle Alix (.30); prepare signature pages (.20). | 1.70 |
| 08/10/16 | PEH | Finalize DIP amendment and e-mails regarding same (.20). | 0.20 |
| 08/10/16 | NCA | Finalize Waiver and Consent to DIP Credit Agreement (.60); e-mails with client and working group (.40). | 1.00 |
| 08/10/16 | MGRE | Discuss DIP Waiver open items with W&C (.40); finalize DIP waiver (.30). | 0.70 |
| 08/12/16 | PEH | E-mails with client and Steve Kortanek on DIP waiver status (.20). | 0.20 |

| **Total** | | | **$4,476.00** |
|-----------|--|--|----------------|

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 **V&E** Invoice

**Sundevil Power Holdings, LLC** September 26, 2016                                 Page 18

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Summary of services - Financing/Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| NCA | Noelle C. Alix | 2.80 | 890.00 | 2,492.00 |
| MGRE | Matthew A. Greenberg | 2.40 | 540.00 | 1,296.00 |
| PEH | Paul E. Heath | 0.80 | 860.00 | 688.00 |
| **Total** | | **6.00** | | **4,476.00** |

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**Invoice**

**Sundevil Power Holdings, LLC**    September 26, 2016    Page 19

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:      Restructure

**Fees for services posted through August 31, 2016:**

**Re:  Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 08/02/16 | PEH | Revise plan at request of DBR (3.60); e-mails with DBR regarding same (.10). | 3.70 |
| 08/03/16 | PEH | Further revisions to plan (3.60); e-mails with DBR on plan issues (.20). | 3.80 |
| 08/04/16 | PEH | Continue revisions and comments on DBR draft of plan (2.80). | 2.80 |
| 08/06/16 | PEH | Further edits to draft plan (.80); transmit draft with comments to DBR and client (.10). | 0.90 |
| **Total** | | | **$9,632.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**  September 26, 2016                                     Page 20

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Summary of services - Plan and Disclosure Statement (including Business Plan)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 11.20 | 860.00 | 9,632.00 |
| **Total** | | **11.20** | | **9,632.00** |

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**



**Sundevil Power Holdings, LLC**   September 26, 2016

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Disbursements and other charges posted through August 31, 2016:**

| Travel | | | | |
|---|---|---|---|---|
| 07/12/16 | PHC | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013818104 DATE: 8/23/2016  07/12/2016 Airfare United Airlines - Travel to Phoenix (meeting with Jay Kanive) from Houston. for CHANDLER/PETRINA Route: From Houston to IAH PHX on 07/12/2016 - 07/12/2016 | | 562.10 |
| 07/12/16 | PHC | VENDOR: AMEX - ChromeRiver INVOICE#: CE010013757296 DATE: 8/18/2016  07/12/2016 Airfare American Airlines - Travel to Houston from Phoenix (meeting with Jay Kanive). for CHANDLER/PETRINA Route:  from PHX to Houston on 07/14/2016 - 07/14/2016 | | 551.10 |
| | Travel | | | $1,113.20 |
| **Total** | | | | **$1,113.20** |
| **Total disbursements and other charges** | | | | **$1,113.20** |
| **Total fees, all matters** | | | | **$135,527.00** |
| **Total disbursements and other charges, all matters** | | | | **$1,113.20** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

 Invoice

**Sundevil Power Holdings, LLC**    September 26, 2016    Page 22

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

### Summary of Services

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| PHC | Petrina H. Chandler | Partner | 29.70 | 995.00 | 29,551.50 |
| JSD | John S. Decker | Partner | 6.50 | 830.00 | 5,395.00 |
| PEH | Paul E. Heath | Partner | 42.50 | 860.00 | 36,550.00 |
| SBS | Susan B. Snyder | Partner | 1.50 | 795.00 | 1,192.50 |
| MJT | Michael J. Tomsu | Partner | 3.40 | 795.00 | 2,703.00 |
| NCA | Noelle C. Alix | Counsel | 2.80 | 890.00 | 2,492.00 |
| MTDO | Matthew T. Dobbins | Associate | 2.70 | 525.00 | 1,417.50 |
| MGRE | Matthew A. Greenberg | Associate | 39.40 | 540.00 | 21,276.00 |
| JLMC | Jason L. McIntosh | Associate | 2.10 | 795.00 | 1,669.50 |
| JDNM | Julie d. Monier | Associate | 0.80 | 445.00 | 356.00 |
| WBMU | William B. Murdock | Associate | 9.00 | 365.00 | 3,285.00 |
| RAOC | Reese A. O'Connor | Associate | 15.50 | 440.00 | 6,820.00 |
| WRRU | Will R. Russ | Associate | 3.70 | 640.00 | 2,368.00 |
| BASA | Brittany A. Sakowitz | Associate | 31.80 | 630.00 | 20,034.00 |
| DMPA | Doris M. Parker | Paralegal | 1.20 | 290.00 | 348.00 |
| ADVE | Alicia D. Velez | Paralegal | 0.30 | 230.00 | 69.00 |
| **Total** | | | **192.90** | | **$135,527.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**

**Vinson&Elkins**

# Invoice

September 26, 2016

**Sundevil Power Holdings, LLC**
701 E. Lake St., Suite 300
Wayzata, MN  55391

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25538839 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

---

## REMITTANCE COPY

| | |
|---|---|
| Fees for services posted through August 31, 2016 | $135,527.00 |
| Disbursements and other charges posted through August 31, 2016 | 1,113.20 |

---

| **Total Invoice** | **$136,640.20** |
|---|---|

**Please return this page with your payment**

**Total amount (payable in U.S. dollars) due by October 26, 2016**

---

I.R.S. NO. 74-1183015

---

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**