## Exhibit B

**Invoice**

US 4715042

# Vinson&Elkins

# Invoice

October 18, 2016

| | |
|---|---|
| **Sundevil Power Holdings, LLC** | **Client/Matter Number**   SUN064 64000 |
| 701 E. Lake St., Suite 300 | **Invoice Number**   25539737 |
| Wayzata, MN  55391 | **Billing Attorney**   Paul E. Heath |

Re:     Restructure

**Fees for services posted through September 30, 2016:**

**Re:  Case Administration**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/01/16 | RAOC | Discuss case updates with Paul Heath (.10). | 0.10 |
| 09/30/16 | PEH | Develop, draft and review response to auditor's request (1.90); discuss auditors' response with internal counsel (.30). | 2.20 |

| | |
|---|---|
| **Total** | **$1,936.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   **www.velaw.com**



**Sundevil Power Holdings, LLC**   October 18, 2016         Page 2

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:   Restructure

**Summary of services - Case Administration**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 2.20 | 860.00 | 1,892.00 |
| RAOC | Reese A. O'Connor | 0.10 | 440.00 | 44.00 |
| **Total** | | **2.30** | | **1,936.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



Sundevil Power Holdings, LLC   October 18, 2016   Page 3

Client/Matter Number   SUN064 64000
Invoice Number   25539737
Billing Attorney   Paul E. Heath

Re:   Restructure

**Fees for services posted through September 30, 2016:**

**Re: Asset Disposition**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/06/16 | MGRE | Comment on closing checklist (.40); discuss closing checklist with White & Case (.30); discuss FCC license transfer with client (.20). | 0.90 |
| 09/07/16 | PHC | Review revised closing checklist and open items for closing (.70). | 0.70 |
| 09/07/16 | PEH | Receipt and brief review of revised closing checklist received from Andrew Zatz (.30). | 0.30 |
| 09/07/16 | MTDO | Review correspondence from Kelson Energy regarding boiler certifications (.10); analyze executed purchase agreement and schedules (.20); review notes from discussion with Arizona regulator (.10); confer with Matthew Greenberg regarding scheduling issues (.10). | 0.50 |
| 09/07/16 | MGRE | Review environmental permits (.30); review revised draft of closing checklist (.50); discuss closing checklist with client (.50); revise closing checklist (.50). | 1.80 |
| 09/08/16 | PEH | E-mail with internal team and WC on closing checklist (.20). | 0.20 |
| 09/08/16 | MGRE | Revise/update closing checklist (1.20). | 1.20 |
| 09/09/16 | PHC | Review closing checklist and closing documents and prepare comments thereto (.90). | 0.90 |
| 09/09/16 | MGRE | Review closing checklist (.40); call with White & Case to discuss (.50). | 0.90 |
| 09/09/16 | BASA | Participate in closing item discussion with Ipek Candan Snyder, Matthew Greenberg, Steve Harvey and other members of working group (.50). | 0.50 |
| 09/12/16 | MGRE | Revise closing checklist (.20). | 0.20 |
| 09/13/16 | JLMC | Review documents on tax issues (.50). | 0.50 |
| 09/14/16 | JSD | Telephone conference with Matthew Greenberg regarding assignment of APS contracts (.50). | 0.50 |
| 09/14/16 | DRLY | Continue to draft transmittal letter regarding representation for transmission interconnection facilities (1.00); e-mail correspondence with John Decker regarding filing (.30). | 1.30 |
| 09/14/16 | MGRE | Call with John Decker to discuss APS closing documentation | 2.50 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019   Tel +1.713.758.2222   Fax +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**   October 18, 2016   Page 4

| | |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25539737 |
| **Billing Attorney** | Paul E. Heath |

Re:   Restructure

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | (.50); draft closing documents (1.40); review closing checklist (.60). | |
| 09/15/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding real estate closing documents (.40); begin preparing title affidavits (.30). | 0.70 |
| 09/15/16 | MGRE | Call with Hunton & Williams (.30); draft closing documents (2.20); revise closing documentation (1.20); review disclosure schedules (.50); review closing checklist (.30); review existing interconnection and transmission agreements (.70). | 5.20 |
| 09/15/16 | BASA | Review drafts of assignment agreements and execution versions of closing documents (1.00); compare closing documents against deliverables in the purchase agreement (.50); discuss open items with Matthew Greenberg (.80). | 2.30 |
| 09/16/16 | MGRE | Call with Kelson Energy (.20); revise and circulate draft closing documents (.80). | 1.00 |
| 09/20/16 | PEH | Call with client on status of closing and next steps (.30). | 0.30 |
| 09/20/16 | JDNM | Draft Block 1 and Block 2 Owner's Affidavits (.50). | 0.50 |
| 09/20/16 | BASA | Review Block 1 and Block 2 Owner's Affidavits (.40); discuss same with Julie Monier (.30). | 0.70 |
| 09/22/16 | JSD | Telephone conference with FERC staff concerning status of FERC order (.30); exchange e-mails with client and counsel for Beal (1.20). | 1.50 |
| 09/22/16 | MGRE | Review draft Interconnection and Transmission Rights agreements (.20). | 0.20 |
| 09/26/16 | PHC | Various communications regarding Plan and closing checklist (.40). | 0.40 |
| 09/26/16 | PEH | E-mails with internal team and WC on closing checklist (.30). | 0.30 |
| 09/26/16 | JLMC | Prepare for and attend conference call on tax issues (.30). | 0.30 |
| 09/26/16 | ASF | Conferences regarding final liquidating steps and associated tax consequences (.30). | 0.30 |
| 09/26/16 | MGRE | Review closing checklist (.30). | 0.30 |
| 09/27/16 | PHC | Review revised closing checklist and review related documents (.60). | 0.60 |
| 09/27/16 | JSD | Review draft assignment agreements for interconnection agreement and transportation services agreement (1.70); telephone conference with Matthew Greenberg regarding FERC process (.30). | 2.00 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**  October 18, 2016   Page 5

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:   Restructure

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/27/16 | MGRE | Prepare for closing checklist call (.90); closing checklist call with Buyer, client and counsel (.30); review draft APS documents (.20). | 1.40 |
| 09/28/16 | PEH | Call with Matthew Greenberg on results of pre-closing call (.20). | 0.20 |
| 09/30/16 | PHC | Review and prepare comments to revised closing documents sent by White and Case (1.10). | 1.10 |
| 09/30/16 | MGRE | Call with Hunton and Williams to discuss closing items (.30). | 0.30 |

**Total**  $21,568.50

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**  October 18, 2016   Page 6

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:   Restructure

**Summary of services - Asset Disposition**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PHC | Petrina H. Chandler | 3.70 | 995.00 | 3,681.50 |
| JSD | John S. Decker | 4.00 | 830.00 | 3,320.00 |
| MTDO | Matthew T. Dobbins | 0.50 | 525.00 | 262.50 |
| ASF | Alexander S. Farr | 0.30 | 575.00 | 172.50 |
| MGRE | Matthew A. Greenberg | 15.90 | 540.00 | 8,586.00 |
| PEH | Paul E. Heath | 1.30 | 860.00 | 1,118.00 |
| DRLY | Damien R. Lyster | 1.30 | 705.00 | 916.50 |
| JLMC | Jason L. McIntosh | 0.80 | 795.00 | 636.00 |
| JDNM | Julie d. Monier | 0.50 | 445.00 | 222.50 |
| WRRU | Will R. Russ | 0.70 | 640.00 | 448.00 |
| BASA | Brittany A. Sakowitz | 3.50 | 630.00 | 2,205.00 |
| **Total** | | **32.50** | | **21,568.50** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**  October 18, 2016  Page 7

| | |
|---|---|
| Client/Matter Number | SUN064 64000 |
| Invoice Number | 25539737 |
| Billing Attorney | Paul E. Heath |

Re:   Restructure

**Fees for services posted through September 30, 2016:**

**Re:  Fee/Employment Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/05/16 | PEH | Review and revise V&E monthly fee statement (.60). | 0.60 |
| 09/10/16 | PEH | Further revisions to V&E monthly fee statement. (.30) | 0.30 |
| 09/11/16 | PEH | Respond to question of fees from UST (.20). | 0.20 |
| 09/11/16 | RAOC | Correspond with Paul Heath and Drinker Biddle team regarding UST question regarding hourly rates (.10). | 0.10 |
| 09/20/16 | PEH | E-mails with DBR on fee hearing (.30); revise chart at request of U.S. Trustee (.30); further work on V&E monthly invoice (.30). | 0.90 |
| 09/20/16 | RAOC | Confer with Paul Heath regarding blended rate issue raised by UST (.10); review correspondence from billing department regarding same (.10); revise blended rate chart for U.S. Trustee (.20); review draft omnibus fee application order and prior interim fee applications (.20). | 0.60 |
| 09/23/16 | PEH | Further work on V&E monthly fee invoice (.60). | 0.60 |
| 09/26/16 | PEH | Prepare V&E monthly fee statement (.50). | 0.50 |
| 09/27/16 | RAOC | Review August invoice (.20); review draft fifth monthly fee application (.20); revise same (.20). | 0.60 |
| 09/27/16 | BARD | Draft monthly fee statement (2.20). | 2.20 |
| 09/28/16 | PEH | Finalize V&E monthly fee statement (.30); follow up on expense question from UST (.30); call with Steve Kortanek on fee questions (.20). | 0.80 |
| 09/28/16 | RAOC | Revise fifth monthly fee statement (1.80); telephone conference with Paul Heath regarding same (.10); further revise fifth monthly fee statement (.50). | 2.40 |
| 09/29/16 | RAOC | Finalize fifth monthly application and e-mail to Joe Argentina for filing (.20); correspond with Joe Argentina and billing department regarding LEDES and Excel file (.10); review same and send to Justin Alberto and Joe Argentina via e-mail (.10). | 0.40 |

**Total**  $5,664.00

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



Sundevil Power Holdings, LLC    October 18, 2016    Page 8

**Client/Matter Number**    SUN064 64000
**Invoice Number**    25539737
**Billing Attorney**    Paul E. Heath

Re:    Restructure

**Summary of services - Fee/Employment Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| BARD | Susan A. Barden | 2.20 | 230.00 | 506.00 |
| PEH | Paul E. Heath | 3.90 | 860.00 | 3,354.00 |
| RAOC | Reese A. O'Connor | 4.10 | 440.00 | 1,804.00 |
| **Total** | | **10.20** | | **5,664.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



# Invoice

Sundevil Power Holdings, LLC    October 18, 2016    Page 9

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:    Restructure

**Fees for services posted through September 30, 2016:**

**Re:  Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/07/16 | JSD | Telephone conference with FERC staff concerning supplement to triennial market power study (.10); discuss same with Damien Lyster (.20). | 0.30 |
| 09/07/16 | DRLY | Telephone conference with John Decker regarding FERC Staff call (.20); begin reviewing relevant language in prior Sundevil pleading (.10). | 0.30 |
| 09/13/16 | DRLY | Continue to review order regarding transmission-related representations for triennial market power update (.50); draft supplement to triennial market power update (.80). | 1.30 |
| 09/14/16 | JSD | Review supplement to triennial market power report (.50). | 0.50 |
| **Total** | | | **$1,792.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346    www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**   October 18, 2016    Page 10

**Client/Matter Number**  SUN064 64000
**Invoice Number**        25539737
**Billing Attorney**      Paul E. Heath

Re:    Restructure

**Summary of services - Business Operations**

| Initials | Name             | Hours | Eff. Rate | Amount   |
|----------|------------------|-------|-----------|----------|
| JSD      | John S. Decker   | 0.80  | 830.00    | 664.00   |
| DRLY     | Damien R. Lyster | 1.60  | 705.00    | 1,128.00 |
| **Total** |                 | **2.40** |        | **1,792.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



| | | | |
|---|---|---|---|
| | | **Sundevil Power Holdings, LLC** October 18, 2016 | Page 11 |

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:     Restructure

**Fees for services posted through September 30, 2016:**

**Re:  Plan and Disclosure Statement (including Business Plan)**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 09/01/16 | PEH | Discuss plan and case resolution issues with client (.40). | 0.40 |
| 09/14/16 | PEH | Discuss plan issues with client (.20). | 0.20 |
| 09/18/16 | PEH | E-mails with client and DBR on plan issues and status (.20). | 0.20 |
| 09/26/16 | PEH | Call with client and DBR on plan process and status (.30); call with tax attorneys on plan tax issues (.20); e-mails with DBR and WC on plan issues (.30). | 0.80 |
| 09/27/16 | PEH | E-mails with client, DBR and WC on plan issues (.40). | 0.40 |
| 09/29/16 | PEH | Call with client regarding plan status (.20). | 0.20 |
| 09/30/16 | PEH | Begin review of revised plan received from DBR (.50). | 0.50 |

| **Total** | | | **$2,322.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  www.velaw.com



**Sundevil Power Holdings, LLC**  October 18, 2016   Page 12

| | | Client/Matter Number | SUN064 64000 |
| | | Invoice Number | 25539737 |
| | | Billing Attorney | Paul E. Heath |

Re:   Restructure

**Summary of services - Plan and Disclosure Statement (including Business Plan)**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 2.70 | 860.00 | 2,322.00 |
| **Total** | | **2.70** | | **2,322.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**   October 18, 2016     Page 13

**Client/Matter Number** SUN064 64000
**Invoice Number** 25539737
**Billing Attorney** Paul E. Heath

Re:   Restructure

**Summary of Services**

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| PHC | Petrina H. Chandler | Partner | 3.70 | 995.00 | 3,681.50 |
| JSD | John S. Decker | Partner | 4.80 | 830.00 | 3,984.00 |
| PEH | Paul E. Heath | Partner | 10.10 | 860.00 | 8,686.00 |
| MTDO | Matthew T. Dobbins | Associate | 0.50 | 525.00 | 262.50 |
| ASF | Alexander S. Farr | Associate | 0.30 | 575.00 | 172.50 |
| MGRE | Matthew A. Greenberg | Associate | 15.90 | 540.00 | 8,586.00 |
| DRLY | Damien R. Lyster | Associate | 2.90 | 705.00 | 2,044.50 |
| JLMC | Jason L. McIntosh | Associate | 0.80 | 795.00 | 636.00 |
| JDNM | Julie d. Monier | Associate | 0.50 | 445.00 | 222.50 |
| RAOC | Reese A. O'Connor | Associate | 4.20 | 440.00 | 1,848.00 |
| WRRU | Will R. Russ | Associate | 0.70 | 640.00 | 448.00 |
| BASA | Brittany A. Sakowitz | Associate | 3.50 | 630.00 | 2,205.00 |
| BARD | Susan A. Barden | Paralegal | 2.20 | 230.00 | 506.00 |
| **Total** | | | **50.10** | | **$33,282.50** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      Tel +1.713.758.2222  Fax +1.713.758.2346   www.velaw.com

# Vinson&Elkins

# Invoice

October 18, 2016

**Sundevil Power Holdings, LLC**  
701 E. Lake St., Suite 300  
Wayzata, MN  55391

**Client/Matter Number**    SUN064 64000  
**Invoice Number**    25539737  
**Billing Attorney**    Paul E. Heath

Re:    Restructure

REMITTANCE COPY

| | |
|---|---:|
| Fees for services posted through September 30, 2016 | $33,282.50 |
| **Total Invoice** | **$33,282.50** |

**Please return this page with your payment**

**Total amount (payable in U.S. dollars) due by November 17, 2016**

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.  
PLEASE REMIT TO:  
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com