IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 16-10369 (KJC) |
| Sundevil Power Holdings, LLC, *et al.* | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

**THE HEARING HAS BEEN CANCELLED.**

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 31, 2016 AT 1:30 P.M. (E.T.)

A. **RESOLVED MATTERS UNDER CERTIFICATE OF NO OBJECTION**

1. Third Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement [Docket No. 342; 10/7/2016].

    Response Deadline: October 21, 2016 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Document: Certificate of No Objection [Docket No. 351, 10/24/2016].

    Status: Order has been entered.

Dated: October 27, 2016
Wilmington, DE

**DRINKER BIDDLE & REATH LLP**

*/s/ Joseph N. Argentina, Jr.*
Steven K. Kortanek (Del. Bar No. 3106)
Joseph N. Argentina, Jr. (Del. Bar No. 5453)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Tel: (302) 467-4200
Steven.Kortanek@dbr.com
Joseph.Argentina@dbr.com

---

[1] The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777). The Debtors' service address is: 701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.

86858182.1

-and-

**VINSON & ELKINS LLP**

David S. Meyer (NY 4576344)
Jessica C. Peet (NY 5265913)
Lauren R. Kanzer (NY 5216635)
666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
Tel: (212) 237-0000
Fax: (212) 237-0100
dmeyer@velaw.com
jpeet@velaw.com
lkanzer@velaw.com

Paul E. Heath (TX 09355050)
Reese A. O'Connor (TX 24092910)
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, TX 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
pheath@velaw.com
roconnor@velaw.com

**ATTORNEYS FOR THE DEBTORS**