IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Sundevil Power Holdings, LLC, *et al.*[1] | ) ) ) | Case No. 16-10369 (KJC) |
| Debtors. | ) ) ) | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss
COUNTY OF NASSAU     )

I, Kimberly Gargan, being duly sworn, depose and state:

1. I am a Senior Project Manager with Garden City Group, LLC, the claims and noticing agent for the debtors and debtors-in-possession (collectively, the "***Debtors***") in the above-captioned proceeding. Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

2. On October 27, 2016, at the direction of Drinker Biddle and Reath LLP ("***Drinker Biddle***"), counsel to the Debtors, and Vinson & Elkins LLP ("***V&E***"), special counsel to the Debtors, I caused a true and correct copy of the following document to be served by e-mail on the parties identified on **Exhibit A** annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses)[2], by facsimile on the parties identified on **Exhibit B** annexed hereto (Master Service List and Notice of Appearance Parties with facsimile numbers),

---

[1] The Debtors in these chapter 11 cases, and their respective federal tax identification numbers, are Sundevil Power Holdings, LLC (2308) and SPH Holdco LLC (7777).  The Debtors' service address is:  701 East Lake Street, Suite 300, Wayzata, Minnesota 55391.
[2] The parties in Exhibit A and Exhibit D include Notice of Appearance Parties who have consented to email service only pursuant to Del. Bankr. L.R. 2002-1(d) and 5005-4.

and by overnight delivery on the parties identified on **Exhibit C** annexed hereto (Master Service List and Notice of Appearance Parties with failed or without facsimile numbers):

- **Notice of Agenda of Matters Scheduled for Hearing on October 31, 2016 at 1:30 P.M. (E.T.)** [Docket No. 355].

3. On October 27, 2016, also at the direction of *Drinker Biddle* and *V&E*, I caused true and correct copies of the following documents to be served by e-mail on the parties identified on **Exhibit D** annexed hereto (Master Service List and Notice of Appearance Parties with e-mail addresses), and by first class mail on the parties identified on **Exhibit E** annexed hereto (Master Service List and Notice of Appearance Parties):

- **Debtor-in-Possession Monthly Operating Report for Reporting Period September 2016 for Sundevil Power Holdings, LLC** [Docket No. 356]; and

- **Debtor-in-Possession Monthly Operating Report for Reporting Period September 2016 for SPH Holdco LLC** [Docket No. 357].

/s/ Kimberly Gargan
Kimberly Gargan

Sworn to before me this 28th day of
October, 2016

/s/ Kevin M. Doyle
Kevin M. Doyle
Notary Public, State of New York
No. 02DO6173767
Qualified in Suffolk County
Commission Expires September 4, 2019

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 | steven.peters@aps.com; robert.bean@aps.com |
| ASHBY & GEDDES PA | ATTN WILLIAM P BOWDEN ESQ | 500 DELAWARE AVENUE 8TH FLOOR | PO BOX 1150 | | WILMINGTON | DE | 19899-1150 | wbowden@ashby-geddes.com |
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 | Sarah.Dorgan@baml.com |
| BAYARD, PA | ATTN JUSTIN R ALBERTO | 222 DELAWARE AVENUE, STE 900 | | | WILMINGTON | DE | 19801 | jalberto@bayardlaw.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 | jdonahoe@csginvestments.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 | sharvey@csginvestments.com |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Howard.Cohen@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 | Joseph.Argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Joseph.Argentina@dbr.com |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 | Michael.Lee@edftrading.com |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 | passportenergyservices@kindermorgan.com |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 | kimberly.gargan@gardencitygroup.com |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | mbrowne@entegrapower.com |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | vmudie@entegrapower.com |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | rmorgner@jefferies.com |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | kphillips@jefferies.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN PATRICIA WILLIAMS PREWITT ESQ | 10953 VISTA LAKE COURT | | | NAVASOTA | TX | 77868 | pwp@pattiprewittlaw.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | CIVIL SERV. DIVISION | ATTN LORI A LEWIS ESQ | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004-2206 | LewisL01@mcao.maricopa.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | Juliet.M.Sarkessian@usdoj.gov |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 | darmstrong@Paradigmtax.com |
| PORTER HEDGES LLP | ATTN JOHN F HIGGINS ESQ | 100 MAIN STREET | 36TH FLOOR | | HOUSTON | TX | 77002 | jhiggins@porterhedges.com |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 | info@praxair.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | collins@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | madron@rlf.com |
| SANDBERG PHOENIX & VON GONTARD PC | ATTN SHARON L STOLTE ESQ | 4600 MADISON AVE | SUITE 1250 | | KANSAS CITY | MO | 64112 | sstolte@sandbergphoenix.com |
| SNELL & WILMER LLP | ATTN CHRISTOPHER H BAYLEY ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004 | cbayley@swlaw.com |
| SNELL & WILMER LLP | ATTN J MATTHEW DERSTINE ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004-2202 | mderstine@swlaw.com |
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 | volha.andreyeva@stinson.com |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 | rwallander@wayzpartners.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 | tony.perry@energytransfer.com |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 | askdoj@usdoj.gov |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | NYROBankruptcy@SEC.GOV |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 | askdoj@usdoj.gov |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | jpeet@velaw.com |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | pheath@velaw.com |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | dmeyer@velaw.com |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | lkanzer@velaw.com |
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | roconnor@velaw.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | sgreissman@whitecase.com |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | azatz@whitecase.com |

# EXHIBIT B

4

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 | 6022501155 |
| BAYARD, PA | ATTN JUSTIN R ALBERTO | 222 DELAWARE AVENUE, STE 900 | | | WILMINGTON | DE | 19801 | (302) 658-6395 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 | 4692419552 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 | 4692419552 |
| CLMG CORPORATION | 1795 DALLAS PARKWAY | | | | PLANO | TX | 75093 | 4692419552 |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | 3024674201 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 | 2159882757 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | 3024674201 |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 | 2816531439 |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 | 7195203792 |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 | 3026568920 |
| FOX ROTHSCHILD LLP | ATTN L JOHN BIRD ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 | 3026568920 |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 | 6319406554 |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | 8133014994 |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | 8133014991 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | 2679411015 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | 3025736497 |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 | 6029147028 |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 | 6022690538 |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | 3026517701 |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | 3026517701 |
| SANDBERG PHOENIX & VON GONTARD PC | ATTN SHARON L STOLTE ESQ | 4600 MADISON AVE | SUITE 1250 | | KANSAS CITY | MO | 64112 | 8166275532 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 | 3027393812 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BLVD STE 100 | | | | DOVER | DE | 19904 | 3027393811 |
| STATE OF ARIZONA DEPARTMENT OF REVENUE | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 1600 W MONROE | | | PHOENIX | AZ | 85007-2650 | 6027167990 |
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 | 6123351657 |
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 | 7139891203 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 | 3025736220 |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | 2123361345 |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | 2142207716 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | 2142207716 |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | 2123548113 |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | 2123548113 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 |
| DEPUTY COUNTY ATTORNEY | LORI A LEWIS ESQ | CIVIL SERVICES DEVISION | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004 |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| MARICOPA COUNTY TREASURERS OFFICE | ATTN CHARLES HOSKINS, TREASURER | 301 W JEFFERSON STE 100 | | | PHOENIX | AZ | 85003 |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 |
| US TREASURY | | 950 PENNSYLVANIA AVE NW | | | WASHINGTON | DC | 20530 |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |

# EXHIBIT D

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 | steven.peters@aps.com; robert.bean@aps.com |
| ASHBY & GEDDES PA | ATTN WILLIAM P BOWDEN ESQ | 500 DELAWARE AVENUE 8TH FLOOR | PO BOX 1150 | | WILMINGTON | DE | 19899-1150 | wbowden@ashby-geddes.com |
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 | Sarah.Dorgan@baml.com |
| BAYARD, PA | ATTN JUSTIN R ALBERTO | 222 DELAWARE AVENUE, STE 900 | | | WILMINGTON | DE | 19801 | jalberto@bayardlaw.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 | jdonahoe@csginvestments.com |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 | sharvey@csginvestments.com |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Howard.Cohen@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 | Joseph.Argentina@dbr.com |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 | Joseph.Argentina@dbr.com |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 | Michael.Lee@edftrading.com |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 | passportenergyservices@kindermorgan.com |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 | jschlerf@foxrothschild.com |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 | kimberly.gargan@gardencitygroup.com |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | mbrowne@entegrapower.com |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 | vmudie@entegrapower.com |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | rmorgner@jefferies.com |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 | kphillips@jefferies.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN PATRICIA WILLIAMS PREWITT ESQ | 10953 VISTA LAKE COURT | | | NAVASOTA | TX | 77868 | pwp@pattiprewittlaw.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | CIVIL SERV. DIVISION | ATTN LORI A LEWIS ESQ | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004-2206 | LewisL01@mcao.maricopa.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 | Juliet.M.Sarkessian@usdoj.gov |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 | darmstrong@Paradigmtax.com |
| PORTER HEDGES LLP | ATTN JOHN F HIGGINS ESQ | 100 MAIN STREET | 36TH FLOOR | | HOUSTON | TX | 77002 | jhiggins@porterhedges.com |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 | info@praxair.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | collins@rlf.com |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 | madron@rlf.com |
| SANDBERG PHOENIX & VON GONTARD PC | ATTN SHARON L STOLTE ESQ | 4600 MADISON AVE | SUITE 1250 | | KANSAS CITY | MO | 64112 | sstolte@sandbergphoenix.com |
| SNELL & WILMER LLP | ATTN CHRISTOPHER H BAYLEY ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004 | cbayley@swlaw.com |
| SNELL & WILMER LLP | ATTN J MATTHEW DERSTINE ESQ | ONE ARIZONA CENTER | 400 EAST VAN BUREN STREET | SUITE 1900 | PHOENIX | AZ | 85004-2202 | mderstine@swlaw.com |
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 | volha.andreyeva@stinson.com |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 | rwallander@wayzpartners.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 | tony.perry@energytransfer.com |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 | askdoj@usdoj.gov |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 | NYROBankruptcy@SEC.GOV |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 | askdoj@usdoj.gov |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | jpeet@velaw.com |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | pheath@velaw.com |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | dmeyer@velaw.com |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 | lkanzer@velaw.com |
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 | roconnor@velaw.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | sgreissman@whitecase.com |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 | azatz@whitecase.com |

# EXHIBIT E

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ARIZONA PUBLIC SERVICE ELECTRIC COMPANY | ATTN STEVEN PETERS | 400 NORTH 5TH ST | STATION 9905 | | PHOENIX | AZ | 85004-3902 |
| BANK OF AMERICA | ATTN SARAH DORGAN | 300 CONVENT ST 6TH FL | | | SAN ANTONIO | TX | 78205 |
| BAYARD, PA | ATTN JUSTIN R ALBERTO | 222 DELAWARE AVENUE, STE 900 | | | WILMINGTON | DE | 19801 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN JAMES DONAHOE | 6000 LEGACY DR | | PLANO | TX | 75024 |
| BEAL BANK USA | C/O CSG INVESTMENTS INC | ATTN STEVEN L HARVEY EXECUTIVE VP | 6000 LEGACY DR | | PLANO | TX | 75024 |
| CLMG CORPORATION | 1795 DALLAS PARKWAY | | | | PLANO | TX | 75093 |
| DRINKER BIDDLE & REATH LLP | ATTN HOWARD A COHEN | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | ONE LOGAN SQUARE STE 2000 | | | PHILADELPHIA | PA | 19103-6996 |
| DRINKER BIDDLE & REATH LLP | ATTN JOSEPH N ARGENTINA JR | 222 DELAWARE AVE STE 1400 | | | WILMINGTON | DE | 19801 |
| EDF TRADING NORTH AMERICA, LLC | ATTN MICHAEL LEE | 4700 W SAM HOUSTON PARKWAY N | | | HOUSTON | TX | 77041 |
| EL PASO NATURAL GAS COMPANY LLC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | PO BOX 1087 | | | COLORADO SPRINGS | CO | 80994 |
| FOX ROTHSCHILD LLP | ATTN JEFFREY M SCHLERF ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 |
| FOX ROTHSCHILD LLP | ATTN L JOHN BIRD ESQ | CITIZENS BANK CENTER | 919 N MARKET ST, STE 300 | | WILMINGTON | DE | 19801 |
| GARDEN CITY GROUP, LLC | ATTN KIMBERLY GARGAN | 1985 MARCUS AVE STE 200 | | | LAKE SUCCESS | NY | 11042 |
| GILA BEND OPERATIONS CO., LLC | ATTN MARY ANNE BROWNE | C/O ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 |
| GILA RIVER POWER | ATTN VERONIC MUDIE | ENTEGRA POWER GROUP LLC | 100 S ASHLEY DR STE 1400 | | TAMPA | FL | 33602 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 |
| JEFFERIES LLC | ATTN RICHARD MORGNER | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| JEFFERIES LLC | ATTN KEVIN PHILLIPS | 520 MADISON AVE, 7TH FL | | | NEW YORK | NY | 10022 |
| MARICOPA COUNTY ATTORNEY'S OFFICE | CIVIL SERV. DIVISION | ATTN LORI A LEWIS ESQ | 222 N CENTRAL AVE, STE 1100 | | PHOENIX | AZ | 85004-2206 |
| MARICOPA COUNTY TREASURERS OFFICE | ATTN CHARLES HOSKINS, TREASURER | 301 W JEFFERSON STE 100 | | | PHOENIX | AZ | 85003 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN JULIET SARKESSIAN | CALEB BOGGS FEDERAL BUILDING | 844 KING ST STE 2207, LOCKBOX 35 | | WILMINGTON | DE | 19801 |
| PARADIGM TAX GROUP | ATTN DALE ARMSTRONG | SENIOR MANAGING CONSULTANT/PRINCIPAL | 3200 N CENTRAL AVE STE 800 | | PHOENIX | AZ | 85012 |
| PRAXAIR DISTRIBUTION INC | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 3918 W LINCOLN ST | | | PHOENIX | AZ | 85009 |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 |
| RICHARDS LAYTON & FINGER PA | ATTN JASON M MADRON ESQ | ONE RODNEY SQUARE | 920 NORTH KING STREET | | WILMINGTON | DE | 19801 |
| SANDBERG PHOENIX & VON GONTARD PC | ATTN SHARON L STOLTE ESQ | 4600 MADISON AVE | SUITE 1250 | | KANSAS CITY | MO | 64112 |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS | FRANCHISE TAX | PO BOX 898 | | DOVER | DE | 19903 |
| SECRETARY OF TREASURY | 820 SILVER LAKE BLVD STE 100 | | | | DOVER | DE | 19904 |
| STATE OF ARIZONA DEPARTMENT OF REVENUE | ATTN PRESIDENT, MANAGING OR GENERAL AGENT | 1600 W MONROE | | | PHOENIX | AZ | 85007-2650 |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| STINSON LEONARD STREET LLP | ATTN VOLHA (OLGA) A ANDREYEVA | 150 S FIFTH ST | STE 2300 | | MINNEAPOLIS | MN | 55402 |
| SUNDEVIL POWER HOLDINGS, LLC | ATTN RAY WALLANDER | 701 EAST LAKE ST STE 300 | | | WAYZATA | MN | 55391 |
| TRANSWESTERN PIPELINE COMPANY | ATTN TONY L PERRY | SR CUSTOMER SERVICE REP | 1300 MAIN | | HOUSTON | TX | 77002 |
| UNITED STATES ATTORNEY'S OFFICE | ATTN DAVID WEISS / ELLEN SLIGHTS | 1007 ORANGE ST, STE 700 | PO BOX 2046 | | WILMINGTON | DE | 19899 |
| US SECURITIES & EXCHANGE COMMISSION | ATTN REGIONAL DIRECTOR | NEW YORK REGIONAL OFFICE | 3 WORLD FINANCIAL CTR STE 400 | | NEW YORK | NY | 10281-1022 |
| US TREASURY | 950 PENNSYLVANIA AVE NW | | | | WASHINGTON | DC | 20530 |
| VINSON & ELKINS LLP | ATTN JESSICA C PEET | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN PAUL E HEATH | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 |
| VINSON & ELKINS LLP | ATTN DAVID S MEYER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN LAUREN R KANZER | 666 5TH AVE 26 FL | | | NEW YORK | NY | 10103 |
| VINSON & ELKINS LLP | ATTN REESE A O'CONNOR | TRAMMELL CROW CTR | 2001 ROSS AVE STE 3700 | | DALLAS | TX | 75201 |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 |
| WHITE & CASE LLP | ATTN ANDREW ZATZ | 1155 AVE OF THE AMERICAS | | | NEW YORK | NY | 10036-2787 |