## Exhibit B

**Invoice**

**Vinson&Elkins**

# Invoice

November 21, 2016

**Sundevil Power Holdings, LLC**  
701 E. Lake St., Suite 300  
Wayzata, MN 55391

**Client/Matter Number** SUN064 64000  
**Invoice Number** 25542798  
**Billing Attorney** Paul E. Heath

Re:     Restructure

**Fees for services posted through October 31, 2016:**

**Re:  Asset Disposition**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/04/16 | PHC | Prepare for closing call (.70); participate in the same (.40); review real estate and tax documents (.50). | 1.60 |
| 10/04/16 | PEH | E-mails with internal team on closing issues and timing (.20). | 0.20 |
| 10/04/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding real estate closing documents (.20); review correspondence and filing requirements related to Affidavit of Property Value (.30). | 0.50 |
| 10/04/16 | JLMC | Review and respond to e-mails on tax issues (.20). | 0.20 |
| 10/04/16 | ASF | Review APA and Sundevil structure chart (.20); prepare FIRPTA certificate (.30). | 0.50 |
| 10/04/16 | MGRE | Discuss resale certificates and FIRPTA with V&E tax (.40); discuss affidavit of property value and deeds with V&E real estate team (.60); discuss bankruptcy proceedings with V&E bankruptcy (.20); prepare for checklist call (1.10); call with Hunton & Williams to discuss closing documents (.40); review officer certificates and APS drafts (.70); review Asset Purchase Agreement (.70); closing checklist call with White & Case and Hunton & Williams (.40); review disclosure schedules (.40); summarize APA provisions for client (.50). | 5.40 |
| 10/04/16 | JDNM | Conference with Matthew Greenberg on Affidavit of Property Value (.20). | 0.20 |
| 10/04/16 | WBMU | Prepare for and attend closing checklist conference call (.40). | 0.40 |
| 10/05/16 | WRRU | Review correspondence regarding transfer tax affidavit (.20); review related Arizona statutory guidance (.30). | 0.50 |
| 10/05/16 | MGRE | Correspondence with White & Case regarding real property documentation (.20); revise assignment agreement (.40). | 0.60 |
| 10/05/16 | JDNM | Review Affidavit of Property Value exemptions (.10); conference with Matthew Greenberg on same (.10). | 0.20 |
| 10/05/16 | WBMU | Prepare execution versions of closing documents (.50). | 0.50 |
| 10/06/16 | MJT | Discussions with Matthew Greenberg regarding FCC license transfer requirements and discussions with Doris Parker rearding status of existing licenses (1.50). | 1.50 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.  
PLEASE REMIT TO:  
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019        **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   **www.velaw.com**



**Invoice**

Sundevil Power Holdings, LLC    November 21, 2016    Page 2

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25542798 |
| **Billing Attorney** | Paul E. Heath |

Re:   Restructure

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/06/16 | PHC | Review and prepare comments to ancillary closing documents (.80); conferences with V&E team regarding the same (.60); conferences with client (.30). | 1.70 |
| 10/06/16 | PEH | Call with client on closing issues in particular with TEP (.30); internal and WC e-mails on closing steps (.20). | 0.50 |
| 10/06/16 | DMPA | Telephone conference with Matthew Greenberg regarding FCC license issues (.50); research on FCC license transfer (1.30); e-mail information to the attorney team (.20). | 2.00 |
| 10/06/16 | MGRE | Draft FIRPTA certificate (.20); review draft closing documents (.60); review GBOC authorizations (.30); correspondence with W&C and H&W regarding authorizations (.20); discuss regulatory filings with V&E regulatory expert (.20); meeting with V&E corporate team to discuss closing documents (.60). | 2.10 |
| 10/06/16 | WBMU | Prepare for and attend meeting with Matthew Greenberg to discuss Sundevil Closing (.60); prepare closing signature packs for Sundevil and for GBOC (1.30). | 1.90 |
| 10/07/16 | PHC | Conferences regarding closing documents and status (.70). | 0.70 |
| 10/07/16 | MGRE | Correspondence with W&C and H&W regarding GBOC authorization (.20); prepare and circulate closing signature page packet (.50). | 0.70 |
| 10/07/16 | WBMU | Draft amendment to asset purchase and sale agreement (2.70); update closing checklist (.60). | 3.30 |
| 10/09/16 | WBMU | Update closing checklist (.50). | 0.50 |
| 10/10/16 | PHC | Review and prepare comments to ancillary closing documents (.60); conference with V&E regarding the same (.20); conferences with client and Brittany Sakowitz (.50); review APA (.60). | 1.90 |
| 10/10/16 | PEH | Call with Matthew Greenberg on closing issues (.20). | 0.20 |
| 10/10/16 | NCA | Conference call with Matthew Greenberg regarding LOC transfer to purchasers under Asset Purchase Agreement (.20); draft comments to existing letter of credit transfer notice regarding transfer of letter of credit to two [2] beneficiaries as per the Asset Purchase Agreement (.80). | 1.00 |
| 10/10/16 | MGRE | Call with Hunton & Williams on closing issues (.40); discuss letter of credit and underlying agreement with V&E finance (.50); review asset purchase agreement (.20); revise closing checklist (.80); discuss open closing items with V&E team (.50); review letter of credit and underlying agreement (.40); revise closing deliverables (.50). | 3.30 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  www.velaw.com



**V&E Invoice**

Sundevil Power Holdings, LLC — November 21, 2016 — Page 3

| | |
|---|---|
| Client/Matter Number | SUN064 64000 |
| Invoice Number | 25542798 |
| Billing Attorney | Paul E. Heath |

Re:   Restructure

| Date | Tkpr | Description | Hours |
|---|---|---|---|
| 10/10/16 | BASA | Discuss closing matters with Jay Kanive and Trina Chandler (.50). | 0.50 |
| 10/10/16 | WBMU | Review and revise Sundevil closing checklist (.50). | 0.50 |
| 10/11/16 | PHC | Various calls with client and V&E attorney (.70); review APA and closing documents (.40). | 1.10 |
| 10/11/16 | JSD | Respond to e-mail from Matthew Greenberg regarding report of reliability violation (.80). | 0.80 |
| 10/11/16 | PEH | E-mails with client and TEP on closing issues (.30). | 0.30 |
| 10/11/16 | MGRE | Closing checklist call (.30); follow up on outstanding closing items (.40); review APA and draft conveyance documents (1.00); review closing checklist (.20); review GRMA filing (.30); revise closing checklist (.80); call with Kelson (.20); call with V&E regulatory team (.20). | 3.40 |
| 10/12/16 | MJT | Discuss FCC license transfer issues with Doris Parker and current plan for resolution with Entegra (.50). | 0.50 |
| 10/13/16 | MGRE | Discuss FCC drafting with White & Case (.20). | 0.20 |
| 10/14/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding special warranty deeds and related revisions (.10); review and confirm same (.20). | 0.30 |
| 10/14/16 | MGRE | Review draft deeds (.20); review revised APS agreements (.20). | 0.40 |
| 10/14/16 | JDNM | Review Special Warranty Deeds (.20); conference with Will Russ on same (.10). | 0.30 |
| 10/17/16 | PHC | Prepare for closing and review related documents (.40); conference regarding closing (.20). | 0.60 |
| 10/17/16 | PEH | Discuss closing status with Matthew Greenberg (.20). | 0.20 |
| 10/17/16 | WRRU | Review and confirm revised special warranty deeds (.20); review related correspondence (.10). | 0.30 |
| 10/17/16 | MGRE | Review execution status of closing documents (.30); discuss closing procedures with V&E team (.20); review comments on draft deeds (.40); discuss deeds and title insurance with V&E team (.50); circulate comments to White & Case (.10). | 1.50 |
| 10/17/16 | JDNM | Revise both Special Warranty Deeds (.70); conference with Matthew Greenberg on same (.10). | 0.80 |
| 10/17/16 | WBMU | Review and revise Sundevil APA Schedules and closing documents (2.00). | 2.00 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com

**V&E**  *Invoice*

Sundevil Power Holdings, LLC   November 21, 2016   Page 4

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25542798 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/18/16 | PHC | Prepare for and participate in closing checklist call (.40); conference with client (.50); review and prepare comments to ancillary closing documents (.40). | 1.30 |
| 10/18/16 | PEH | E-mail and call with Andrew Zatz on closing issue (.20); e-mail with client regarding same (.10). | 0.30 |
| 10/18/16 | WRRU | Evaluate revisions to special warranty deeds (.20); review related correspondence and notes from prior negotiations (.30); conferences with Matthew Greenberg and Julie Monier regarding special warranty deeds (.50). | 1.00 |
| 10/18/16 | MTDO | Confer with Matthew Greenberg regarding revisions to bill of sale (.10); review scope of water rights definition in bill of sale and other transaction documents (.10); discuss same with Matthew Greenberg (.10). | 0.30 |
| 10/18/16 | MGRE | Discuss revised closing documents with H&W and Wayzata (.80); review H&W comments on closing documents (.70); closing checklist call (.40); follow up call with H&W (.40); review signature pages for closing documents (.20); discuss H&W comments on closing documents with V&E team (.60); review asset purchase agreement (.30); revise closing checklist (.50). | 3.90 |
| 10/18/16 | JDNM | Review revised Special Warranty Deeds (.30); conference with Will Russ on same (.10); correspond with Eliana Wilk on Special Warranty Deed revisions (.10). | 0.50 |
| 10/18/16 | WBMU | Prepare for and attend closing checklist call (.40); review Hunton & Williams drafts of ancillary agreements including Assignment Agreement and Bills of Sale (2.70). | 3.10 |
| 10/19/16 | MJT | Work on FCC license transfer issues (.50). | 0.50 |
| 10/19/16 | PHC | Communications with client and V&E regarding APA and closing (.60); review the same (.30). | 0.90 |
| 10/19/16 | WRRU | Conferences with Matthew Greenberg and Julie Monier regarding special warranty deed (.20); conference call with buyer's counsel regarding same (.30); review proposed revisions to special warranty deeds and related Arizona statutory provisions (.50). | 1.00 |
| 10/19/16 | MGRE | Call with H&W to discuss Sundevil deeds (.30); discuss regulatory filings with V&E team (.20); review revised signature pages (.20); summarize APA provisions for client (1.00). | 1.70 |
| 10/19/16 | JDNM | Conference on Special Warranty Deeds with Ellis Butler, Matthew Greenberg and Will Russ (.30). | 0.30 |
| 10/19/16 | WBMU | Revise signature packs for final execution (.50); prepare | 1.30 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019   **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  www.velaw.com



**Invoice**

Sundevil Power Holdings, LLC    November 21, 2016    Page 5

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25542798 |
| **Billing Attorney** | Paul E. Heath |

Re:    Restructure

|  |  |  |  |
|---|---|---|---|
|  |  | summary of Casualty Estimate obligations for Company (.80). |  |
| 10/20/16 | MJT | Discussion with Matthew Greenberg on FCC license (.50); work on FCC license requirement issues (.70). | 1.20 |
| 10/20/16 | MJT | Telephone conference with Matthew Greenberg regarding plan for transfers on FCC license (.40); address issues regarding timing of necessary FCC license transfer approvals (.30). | 0.70 |
| 10/20/16 | WRRU | Conference with Julie Monier regarding revisions to special warranty deeds (.10); finish reviewing same and related correspondence (.20). | 0.30 |
| 10/20/16 | MGRE | Revise closing documents (.70). | 0.70 |
| 10/20/16 | JDNM | Review revised Special Warranty Deeds (.20); conference with Will Russ on same (.10). | 0.30 |
| 10/20/16 | WBMU | Review and revise Assignment Agreements and Bills of Sale (1.00). | 1.00 |
| 10/24/16 | MJT | Telephone conference with Matthew Greenberg regarding plan for FCC license transfers (.50); review asset purchase agreement schedules (.60). | 1.10 |
| 10/24/16 | PHC | Conferences regarding closing status and open items (.20); review the same (.20). | 0.40 |
| 10/24/16 | PEH | Call with Matthew Greenberg on closing issues (.30); e-mails with internal team and WC on closing timing and issues (.20). | 0.50 |
| 10/24/16 | MGRE | Call to discuss outstanding regulatory approvals (.40); update closing checklist (.30); revise conveyance documents (.70). | 1.40 |
| 10/24/16 | WBMU | Prepare VE draft Assignment Agreements and Bills of Sale for distribution (.30). | 0.30 |
| 10/25/16 | MJT | Discussions with Matthew Greenberg (.70); change in plan for Entegra to transfer FCC licenses (.10); research and request necessary entity information in order to obtain FCC Federal Registration Number (.80). | 1.60 |
| 10/25/16 | JSD | Exchange e-mails with Beal's FERC counsel concerning status of FERC applications (.20); draft e-mail to client regarding same (.30). | 0.50 |
| 10/25/16 | PEH | Internal and client e-mails regarding closing status and issues (.20); call with client regarding closing (.20). | 0.40 |
| 10/25/16 | WRRU | Review correspondence from buyer's counsel to title company regarding title insurance and special warranty deeds (.40); conference with Julie Monier regarding same (.10). | 0.50 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX 75303-1019    **Tel** +1.713.758.2222    **Fax** +1.713.758.2346    www.velaw.com



**Invoice**

Sundevil Power Holdings, LLC   November 21, 2016   Page 6

|  | |
|---|---|
| Client/Matter Number | SUN064 64000 |
| Invoice Number | 25542798 |
| Billing Attorney | Paul E. Heath |

Re:   Restructure

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/25/16 | MGRE | Discuss outstanding regulatory approvals with client and W&C (.50). | 0.50 |
| 10/26/16 | MJT | Obtain FRN for Sundevil Power Holdings (.80); review updates from Milbank on Entegra FCC license transfer to GBOC (.20). | 1.00 |
| 10/26/16 | MJT | Update status of FCC license assignment (.50). | 0.50 |
| 10/26/16 | PHC | Prepare for and participate in closing checklist call (.30); conferences with client and V&E regarding open items (.40). | 0.70 |
| 10/26/16 | PEH | Client and internal e-mails regarding closing (.30). | 0.30 |
| 10/26/16 | MGRE | Correspondence with opposing counsel (.20); closing checklist call (.30); correspondence with Milbank regarding FCC filings (.20); discuss outstanding regulatory approvals with client (.20); review FERC 205 order (.20); revise closing checklist (.20); prepare for closing checklist call (.50). | 1.80 |
| 10/26/16 | WBMU | Prepare for and attend closing checklist conference call (.30). | 0.30 |
| 10/27/16 | MJT | Further updates regarding status and timing of FCC applications by Entegra (.40). | 0.40 |
| 10/27/16 | PEH | E-mails on FERC approval (.20); call with Matthew Greenberg on closing issues (.30); further review of entered sale order to check for any closing issues (.50). | 1.00 |
| 10/27/16 | MGRE | Call with client to discuss open items (.20); discuss closing logistics with Kelson and opposing counsel (.60); correspondence with Hunton & Williams regarding signature pages (.20); review closing documents in final form (.50); review FERC 203 order (.20); follow up on outstanding regulatory approvals (.50); discuss closing logistics (.10). | 2.30 |
| 10/28/16 | PHC | Prepare for and participate in calls regarding open items (.70); review and prepare comments to the same (.50). | 1.20 |
| 10/28/16 | PEH | Internal and client e-mails on closing mechanics (.20). | 0.20 |
| 10/28/16 | NCA | Conference call with Matthew Greenberg regarding LOC transfer (.20); revision to draft LOC transfer notice (.30). | 0.50 |
| 10/28/16 | WRRU | Review title company's response to buyer's title comments (.30). | 0.30 |
| 10/28/16 | MGRE | Call with H&W to discuss closing matters (.50); discuss special warranty deeds with V&E team (.40); prepare list of outstanding items for closing (1.30); call with W&C to discuss closing (.30); review and revise draft letter of credit transfer notice (.70); discuss letter of credit with client (.30); circulate | 3.60 |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Invoice**

Sundevil Power Holdings, LLC      November 21, 2016      Page 7

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:   Restructure

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | revised draft of transfer notice to H&W and client (.10). | |
| 10/28/16 | JDNM | Conference with Matthew Greenberg on Special Warranty Deeds and title commitments (.10). | 0.10 |
| 10/28/16 | WBMU | Build out closing deliverables for closing (1.70); review closing checklist and APA for closing deliverables (.60). | 2.30 |
| 10/31/16 | MJT | Telephone conference with Matthew Greenberg regarding status of FCC transfer (.30); update from counsel for Entegra on FCC transfer (.20). | 0.50 |
| 10/31/16 | PHC | Prepare for closing on asset sale (.90). | 0.90 |
| 10/31/16 | PEH | Internal e-mails regarding closing (.10); call with Matthew Greenberg on closing (.20). | 0.30 |
| 10/31/16 | WRRU | Conference with Matthew Greenberg regarding title and survey issues (.20); review related correspondence (.10). | 0.30 |
| 10/31/16 | MGRE | Discuss closing items with opposing counsel (.20); draft closing documents (.50); revise closing checklist (.50). | 1.20 |
| 10/31/16 | WBMU | Draft Notice of Casualty Estimate (.80). | 0.80 |

**Total** $57,967.00

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019       **Tel** +1.713.758.2222   **Fax** +1.713.758.2346   www.velaw.com



Sundevil Power Holdings, LLC    November 21, 2016    Page 8

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:    Restructure

**Summary of services - Asset Disposition**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| NCA | Noelle C. Alix | 1.50 | 890.00 | 1,335.00 |
| PHC | Petrina H. Chandler | 13.00 | 995.00 | 12,935.00 |
| JSD | John S. Decker | 1.30 | 830.00 | 1,079.00 |
| MTDO | Matthew T. Dobbins | 0.30 | 525.00 | 157.50 |
| ASF | Alexander S. Farr | 0.50 | 575.00 | 287.50 |
| MGRE | Matthew A. Greenberg | 34.70 | 540.00 | 18,738.00 |
| PEH | Paul E. Heath | 4.40 | 860.00 | 3,784.00 |
| JLMC | Jason L. McIntosh | 0.20 | 795.00 | 159.00 |
| JDNM | Julie d. Monier | 2.70 | 445.00 | 1,201.50 |
| WBMU | William B. Murdock | 18.20 | 365.00 | 6,643.00 |
| DMPA | Doris M. Parker | 2.00 | 290.00 | 580.00 |
| WRRU | Will R. Russ | 5.00 | 640.00 | 3,200.00 |
| BASA | Brittany A. Sakowitz | 0.50 | 630.00 | 315.00 |
| MJT | Michael J. Tomsu | 9.50 | 795.00 | 7,552.50 |
| **Total** | | **93.80** | | **57,967.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346    www.velaw.com



# Invoice

Sundevil Power Holdings, LLC    November 21, 2016    Page 9

**Client/Matter Number**  SUN064 64000
**Invoice Number**  25542798
**Billing Attorney**  Paul E. Heath

Re:   Restructure

**Fees for services posted through October 31, 2016:**

**Re:  Fee/Employment Applications**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/05/16 | PEH | Work on V&E monthly fee statement (.40). | 0.40 |
| 10/07/16 | PEH | Finalize V&E monthly fee invoice (.30). | 0.30 |
| 10/10/16 | RAOC | Review V&E September invoice (.10). | 0.10 |
| 10/11/16 | BARD | Draft V&E sixth monthly fee application (2.50). | 2.50 |
| 10/17/16 | RAOC | Revise V&E sixth monthly fee application (.60). | 0.60 |
| 10/18/16 | RAOC | Revise V&E sixth monthly fee application (.30); correspond with billing department and Paul Heath regarding same (.10). | 0.40 |
| 10/19/16 | PEH | Finalize V&E monthly fee statement (.20). | 0.20 |
| 10/20/16 | RAOC | Revise V&E sixth monthly fee application (.40); telephone conference with Paul Heath regarding same (.10); finalize sixth monthly fee application and e-mail to Joe Argentina for filing (.30); correspond with Justin Alberto and Joe Argentina regarding monthly fee statement supporting files (.10). | 0.90 |
| **Total** | | | **$2,229.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Sundevil Power Holdings, LLC**  November 21, 2016    Page 10

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:   Restructure

**Summary of services - Fee/Employment Applications**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| BARD | Susan A. Barden | 2.50 | 230.00 | 575.00 |
| PEH | Paul E. Heath | 0.90 | 860.00 | 774.00 |
| RAOC | Reese A. O'Connor | 2.00 | 440.00 | 880.00 |
| **Total** | | **5.40** | | **2,229.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



# Invoice

**Sundevil Power Holdings, LLC**  November 21, 2016    Page 11

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:    Restructure

**Fees for services posted through October 31, 2016:**

**Re: Business Operations**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/07/16 | JSD | Work with Damien Lyster and Jay Kanive on supplement to triennial market power filing with FERC (.30). | 0.30 |

| **Total** | | | **$249.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Sundevil Power Holdings, LLC**  November 21, 2016    Page 12

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:    Restructure

**Summary of services - Business Operations**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| JSD | John S. Decker | 0.30 | 830.00 | 249.00 |
| **Total** | | **0.30** | | **249.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019       **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Sundevil Power Holdings, LLC**  November 21, 2016   Page 13

|  |  |
|---|---|
| **Client/Matter Number** | SUN064 64000 |
| **Invoice Number** | 25542798 |
| **Billing Attorney** | Paul E. Heath |

Re:     Restructure

**Fees for services posted through October 31, 2016:**

**Re:  Financing/Cash Collateral**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 10/04/16 | PEH | E-mails with Andrew Zatz and Seth Herman on DIP reporting issues (.20). | 0.20 |

| **Total** | | | **$172.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019     **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Sundevil Power Holdings, LLC**  November 21, 2016  Page 14

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:   Restructure

**Summary of services - Financing/Cash Collateral**

| Initials | Name | Hours | Eff. Rate | Amount |
|---|---|---|---|---|
| PEH | Paul E. Heath | 0.20 | 860.00 | 172.00 |
| **Total** | | **0.20** | | **172.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346    www.velaw.com

 **Sundevil Power Holdings, LLC**   November 21, 2016    Page 15

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:  Restructure

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019    **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com



**Invoice**

Sundevil Power Holdings, LLC     November 21, 2016     Page 16

**Client/Matter Number** SUN064 64000
**Invoice Number** 25542798
**Billing Attorney** Paul E. Heath

Re:     Restructure

**Summary of Services**

| Initials | Name | Rank | Hours | Eff. Rate | Amount |
|---|---|---|---|---|---|
| PHC | Petrina H. Chandler | Partner | 13.00 | 995.00 | 12,935.00 |
| JSD | John S. Decker | Partner | 1.60 | 830.00 | 1,328.00 |
| PEH | Paul E. Heath | Partner | 5.50 | 860.00 | 4,730.00 |
| MJT | Michael J. Tomsu | Partner | 9.50 | 795.00 | 7,552.50 |
| NCA | Noelle C. Alix | Counsel | 1.50 | 890.00 | 1,335.00 |
| MTDO | Matthew T. Dobbins | Associate | 0.30 | 525.00 | 157.50 |
| ASF | Alexander S. Farr | Associate | 0.50 | 575.00 | 287.50 |
| MGRE | Matthew A. Greenberg | Associate | 34.70 | 540.00 | 18,738.00 |
| JLMC | Jason L. McIntosh | Associate | 0.20 | 795.00 | 159.00 |
| JDNM | Julie d. Monier | Associate | 2.70 | 445.00 | 1,201.50 |
| WBMU | William B. Murdock | Associate | 18.20 | 365.00 | 6,643.00 |
| RAOC | Reese A. O'Connor | Associate | 2.00 | 440.00 | 880.00 |
| WRRU | Will R. Russ | Associate | 5.00 | 640.00 | 3,200.00 |
| BASA | Brittany A. Sakowitz | Associate | 0.50 | 630.00 | 315.00 |
| BARD | Susan A. Barden | Paralegal | 2.50 | 230.00 | 575.00 |
| DMPA | Doris M. Parker | Paralegal | 2.00 | 290.00 | 580.00 |
| **Total** | | | **99.70** | | **$60,617.00** |

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.
PLEASE REMIT TO:
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019      **Tel** +1.713.758.2222  **Fax** +1.713.758.2346   www.velaw.com

# Vinson&Elkins

# Invoice

November 21, 2016

**Sundevil Power Holdings, LLC**  
701 E. Lake St., Suite 300  
Wayzata, MN  55391

**Client/Matter Number**  SUN064 64000  
**Invoice Number**  25542798  
**Billing Attorney**  Paul E. Heath

Re:   Restructure

REMITTANCE COPY

| | |
|---|---:|
| Fees for services posted through October 31, 2016 | $60,617.00 |
| **Total Invoice** | **$60,617.00** |

**Please return this page with your payment**

**Total amount (payable in U.S. dollars) due by December 21, 2016**

I.R.S. NO. 74-1183015

Please reference client/matter and invoice numbers when making payment.  
PLEASE REMIT TO:  
VINSON & ELKINS LLP, PO BOX 301019, DALLAS, TX  75303-1019          **Tel** +1.713.758.2222  **Fax** +1.713.758.2346  **www.velaw.com**